| No. | OWNER | MOTION PICTURE | Certificate Number |
|---|---|---|---|
| 1 | 211 Productions, Inc. | *211* | PAu003905278, PA0002132686 |
| 2 | AMBI Distribution Corp. | *2047: Sights of Death* | PA0001928667 |
| 3 | Screen Media Ventures, LLC | *2 Guns* | PA0001874757, PAu003622806 |
| 4 | Voltage Holdings, LLC | *A Family Man* | PA0002039392, TXu001967832, TXu001374031 |
| 5 | After II Movie, LLC | *After We Collided* | PAu004014087, PAu003988168 |
| 6 | Millennium Funding, Inc. | *Angel Has Fallen* | PA0002197434, PAu003917080 |
| 7 | Millennium Funding, Inc. | *Automata* | PA0001923090, PAu003712705 |
| 8 | Eve Nevada, LLC | *Ava* | PA0002235557, PAu003943693 |
| 9 | Millennium Media, Inc. | *Before I Go to Sleep* | PAu003753175, PA0001939571 |
| 10 | Millennium Funding, Inc. | *Boyka: Undisputed IV* | PA0002031176, PAu003798816 |
| 11 | Millennium Funding, Inc. | *Criminal* | PA0001984029, PAu003772954 |
| 12 | Dallas Buyers Club, LLC | *Dallas Buyer's Club* | PA0001873195 |
| 13 | Day of Dead Productions, Inc. | *Day of the Dead: Bloodline* | PA0002104460 |
| 14 | Voltage Holdings, LLC | *Extremely Wicked, Shockingly Vile and Evil* | PAu003953148, PAu003905674 |
| 15 | Voltage Holdings, LLC | *Fathers and Daughters* | PAu003762811, PAu003713364 |
| 16 | Voltage Holdings, LLC | *Good Kill* | PAu003762377, PAu003726363 |
| 17 | Millennium Funding, Inc. | *Hellboy* | PA0002176664 |
| 18 | Millennium IP, Inc. | *Homefront* | PA0001877609 |
| 19 | Hunter Killer Productions, Inc. | *Hunter Killer* | PA0002147752, PAu003868948 |
| 20 | I am Wrath Production, Inc. | *I am Wrath* | PAu003813390 |
| 21 | Voltage Holdings, LLC | *I Feel Pretty* | PAu003896491, PAu003886973 |
| 22 | Family of the Year | *I Spit on Your* | PA003546450 |

**Exhibit "1"**

|    |                              |                              |                                  |
|----|------------------------------|------------------------------|----------------------------------|
|    | Productions, LLC             | *Grave*                      |                                  |
| 23 | Voltage Holdings, LLC        | *I.T.*                       | PAu003801126                     |
| 24 | Ambi Distribution Corp.      | *In Dubious Battle*          | PA0002061686                     |
| 25 | Killing Link Distribution, LLC | *Kill Chain*               | PAu003975781                     |
| 26 | Badhouse Studios, LLC        | *Larceny*                    | PAu003852034, PAu003892760       |
| 27 | LF2 Productions, Inc.        | *Leatherface*                | PAu003809024, PA0002054658       |
| 28 | LHF Productions, Inc.        | *London Has Fallen*          | PA0001982831, 10PAu003789521     |
| 29 | Millennium Funding, Inc.     | *Mechanic: Resurrection*     | PA0001998057                     |
| 30 | Venice PI, LLC               | *Once Upon a Time in Venice* | PA0002039391, TXu001968528       |
| 31 | Voltage Holdings, LLC        | *Pay the Ghost*              | PA0001957914, TXu001920050       |
| 32 | Rambo V Productions, Inc.    | *Rambo V: Last Blood*        | PA0002202971                     |
| 33 | Voltage Holdings, LLC        | *Revolt f/k/a Prisoners of War* | PA0002047480, PAu003854989    |
| 34 | Badhouse Studios, LLC        | *Rumble*                     | PAu003785952, PAu003739043       |
| 35 | Rupture CAL, Inc.            | *Rupture*                    | PA0002042442, PAu003782239       |
| 36 | Millennium Funding, Inc.     | *Septembers of Shiraz*       | PA0002038711, PAu003740540       |
| 37 | MON, LLC                     | *Singularity*                | PAu003848900                     |
| 38 | Voltage Holdings, LLC        | *Status Update*              | PAu003867210, PAu003850446       |
| 39 | Millennium IP, Inc.          | *Stoic fka Acts of Vengeance* | PA0002111678                    |
| 40 | Millennium Funding, Inc.     | *Survivor*                   | PA0001956191, PAu003749574       |
| 41 | Nikola Productions, Inc.     | *Tesla*                      | PAu003998966                     |
| 42 | Wonder One, LLC              | *The 2nd*                    | PAu004025415                     |
| 43 | Voltage Holdings, LLC        | *The Cobbler*                | PAu003744688, PAu003742177       |
| 44 | Voltage Holdings, LLC        | *The Company You Keep*       | PAu003660935, PAu003578816       |
| 45 | Bodyguard Productions, Inc.  | *The Hitman's Bodyguard*     | PAu003844508, PAu003849477       |
| 46 | Millennium Funding,          | *The Humbling*               | PAu03760198                      |

|    |                          |                          |                                                 |
|----|--------------------------|--------------------------|-------------------------------------------------|
|    | Inc.                     |                          |                                                 |
| 47 | Voltage Holdings, LLC    | *The Necessary Death of Charlie Countryman* | PAu003663305, TXu001808502 |
| 48 | Outpost Productions, Inc. | *The Outpost*           | PA0002258273, PA0002263248                      |
| 49 | Voltage Holdings, LLC    | *The Professor and the Madman* | PAu003920383, PAu003919285               |
| 50 | Hannibal Classics Inc.   | *USS Indianapolis: Men of Courage* | PA0002008277, PAu003776074            |
| 51 | Justice Everywhere Productions LLC | *Vengeance: A Love Story* | PAu003835145, PAu003901379           |
| 52 | MON, LLC                 | *Welcome Home*           | PAu004016506, PAu003900818, PAu003900815        |
| 53 | Paradox Studios, LLC     | *Black Butterfly*        | PAu003875290, PAu003826055, PAu003854895        |
| 54 | Screen Media Ventures, LLC | *The Hurricane Heist*  | PA0002147321                                    |