I Feel Pretty (2018), hash F63F5737AA36AC1D23B92B4E14957F3B79E507C1, 720p, 934.61 MB



**Exhibit "2"**

★ 14. ------------------------------

email: troy.wilson@gmail.com
last used ip: 75.118.149.167
date downloaded: 2019-03-13 18:50:29
IP Address city: Des Plaines, state: Illinois, zip code: 60016

Hellboy (2019), hash 16CE26D6CDDCA3ED073D1EB410E5F32151E23137, 1080p, 1.94 GB



✳ 1. ------------------------------

email: noblesma5@gmail.com
last used ip: 24.96.106.170
date downloaded: 2019-07-28 09:42:28
IP Address city: St. Petersburg, state: Florida, zip code: 33710



Angel Has Fallen, hash B7330F69794B69D7BD009FEFE4035F4D4F833B6C, 720p, 1.06 GB



83. --------------------------------

email: komlaschwinger53@gmail.com
last used ip: 69.73.33.142
date downloaded: 2019-11-26 06:41:41
IP Address city: Marysville, state: Ohio, zip code: 43040

2 Guns (2013)  720p bluray | Size: 810.13 MB | Hash:
9039366BA19414B37EBEC18B4ED9BC8392C66BF8





94. ------------------------------

```
email: ghrammryan@gmail.com
last used ip: 24.42.128.225
date downloaded: 2019-05-17 15:45:19
IP Address city: Evans, state: Georgia, zip code: 30809
```





154. ------------------------------

email: onleeretta73@gmail.com
last used ip: 74.199.2.53
date downloaded: 2019-04-10 17:30:33
IP Address city: Warren, state: Michigan, zip code: 48088

Lone Survivor (2013) 720p bluray | Size: 867.58 MB | Hash:
D21B6FEC98653908CA62002A16B149E8C6FC77C4





33. -------------------------------

```
email: troy.wilson@gmail.com
last used ip: 75.118.149.167
date downloaded: 2019-11-20 18:55:04
IP Address city: Des Plaines, state: Illinois, zip code: 60016
```



☆ 167. -------------------------------

email: onleeretta73@gmail.com
last used ip: 74.199.2.53
date downloaded: 2019-04-26 20:36:31
IP Address city: Warren, state: Michigan, zip code: 48088



170. ------------------------------

email: itsricn@hotmail.com
last used ip: 50.4.137.110

✗ date downloaded: 2018-12-27 21:54:25
IP Address city: Chicago, state: Illinois, zip code: 60617

The Last Full Measure (2019), hash 51A15DE119BD5A35A655FFDCA8D18F584A1B9346   , 720p,
1.03 GB





✱ 7. ------------------------------

    email: mcgilacudyyahootie@gmail.com
    last used ip: 69.14.104.20
    date downloaded: 2020-01-25 00:29:15
    IP Address city: Livonia, state: Michigan, zip code: 48150



☆ 46. -------------------------------

email: sue.warzecha@gmail.com
last used ip: 50.4.162.153
date downloaded: 2020-01-25 00:30:49
IP Address city: Northville, state: Michigan, zip code: 48167



★ 166. ------------------------------

```
email: heimstar@gmail.com
last used ip: 75.76.108.155
date downloaded: 2020-01-20 14:28:47
IP Address city: North Ridgeville, state: Ohio, zip code: 44039
```



## CERTIFICATE OF AUTHENTICITY

Senthil Segaran hereby declares under penalty of laws of the United States, India and the United Kingdom that the following is true and correct.

1.    I am the sole shareholder, sole director and custodian of the records for Techmodo Limited.  Each of the records attached hereto is the original or duplicate of an original record in the custody of Techmodo Limited.

2.    Such records were made at or near the time by — or from information transmitted by — someone with knowledge of these matters.

3.    Such records are kept in the course of a regularly conducted activity of business.

I declare under the penalty of perjury of the laws of India and the United Kingdom that the foregoing is true and correct.

DATED: London, England, September ___1___, 2020.

_____
Senthil Segaran

Certificate of Authenticity - Segaran