**Exhibit "1"**

| NoticesID | IP | Filehash |
|---|---|---|
| 33672953624 | 143.59.1.19 | B2828211B29B326C0F9FAAEFF1985C544D708C5F |
| 37155454686 | 143.59.1.3 | B63CA167B430ACEF1A57EF7982922ED2B17474C8 |
| 37168028232 | 143.59.1.3 | B63CA167B430ACEF1A57EF7982922ED2B17474C8 |
| 37169790600 | 143.59.1.3 | EB381B85CF55EDB8C23677A97767894FCA4608CB |
| 37212941222 | 143.59.1.3 | B63CA167B430ACEF1A57EF7982922ED2B17474C8 |
| 45798278754 | 143.59.101.252 | F32F95BCFF299CEE53EDBA25AB7E4D2342ADF7F4 |
| 45463689816 | 143.59.109.119 | 0D9E7ED5039C234B4383DB1C797522ADFC3CC2D0 |
| 42683660494 | 143.59.11.175 | 5FD06ECEAD783738066F56B6F92CF62331797530 |
| 42702653022 | 143.59.11.175 | 6B15AE6D31D1C71821140DBE6D146F5B35B0123F |

| NoticesID | IP | Filename |
|---|---|---|
| 33672953624 | 143.59.1.19 | Once.Upon.a.Time.in.Venice.2017.1080p.BluRay.H264.AAC-RARBG |
| 37155454686 | 143.59.1.3 | Rambo Last Blood 2019 720p NEW HDCAM-GETB8 |
| 37168028232 | 143.59.1.3 | Rambo Last Blood 2019 720p NEW HDCAM-GETB8 |
| 37169790600 | 143.59.1.3 | Rambo Last Blood 2019 HDCAM x264 AC3-ETRG |
| 37212941222 | 143.59.1.3 | Rambo Last Blood 2019 720p NEW HDCAM-GETB8 |
| 45798278754 | 143.59.101.252 | The Hitmans Wife Bodyguard 2021 720p WEBRip x264  700MB - ShortRips.mkv |
| 45463689816 | 143.59.109.119 | The.Hitmans.Bodyguard.2017.1080p.WEBRip.DD5.1.x264-NOGRP |
| 42683660494 | 143.59.11.175 | London Has Fallen (2016) [YTS.AG] |
| 42702653022 | 143.59.11.175 | Angel Has Fallen (2019) [WEBRip] [720p] [YTS.LT] |

| NoticesID | IP | Notice Sent | Title | ISP |
|---|---|---|---|---|
| 33672953624 | 143.59.1.19 | 2019-07-25 08:20:35 | Once Upon A Time in Venice | WideOpenWest |
| 37155454686 | 143.59.1.3 | 2019-09-30 08:25:37 | Rambo: Last Blood | WideOpenWest |
| 37168028232 | 143.59.1.3 | 2019-10-01 08:12:14 | Rambo: Last Blood | WideOpenWest |
| 37169790600 | 143.59.1.3 | 2019-10-01 08:12:13 | Rambo: Last Blood | WideOpenWest |
| 37212941222 | 143.59.1.3 | 2019-10-02 08:10:43 | Rambo: Last Blood | WideOpenWest |
| 45798278754 | 143.59.101.252 | 2021-07-08 15:48:38 | The Hitmans Wifes Bodyguard | WideOpenWest |
| 45463689816 | 143.59.109.119 | 2021-06-07 07:45:58 | The Hitmans Bodyguard | WideOpenWest |
| 42683660494 | 143.59.11.175 | 2020-09-06 07:39:05 | London Has Fallen | WideOpenWest |
| 42702653022 | 143.59.11.175 | 2020-09-07 08:29:36 | Angel Has Fallen | WideOpenWest |

| NoticesID | IP | ClientVersion | ClientDHTport | ClientPort |
|---|---|---|---|---|
| 33672953624 | 143.59.1.19 | µTorrent353S | 42093 | 42093 |
| 37155454686 | 143.59.1.3 | µTorrent355W | 36977 | 36977 |
| 37168028232 | 143.59.1.3 | µTorrent355W | 36977 | 36977 |
| 37169790600 | 143.59.1.3 | µTorrent355W | 36977 | 62152 |
| 37212941222 | 143.59.1.3 | µTorrent355W | 36977 | 36977 |
| 45798278754 | 143.59.101.252 | BitComet0171 | 21402 | 56018 |
| 45463689816 | 143.59.109.119 | qBittorrent4350 | 4898 | 4898 |
| 42683660494 | 143.59.11.175 | µTorrent355W | 10166 | 60899 |
| 42702653022 | 143.59.11.175 | µTorrent355W | 10166 | 49979 |

| NoticesID | IP | Trackname | ClientProto | Country |
|---|---|---|---|---|
| 33672953624 | 143.59.1.19 | Once.Upon.a.Time.in.Venice.2017.1080p.BluRay.H264.AAC-RARBG.mp4 | bt | US |
| 37155454686 | 143.59.1.3 | WwW.SeeHD.PL__Rambo Last Blood 2019 720p HDCAM-GETB8.mkv | bt | US |
| 37168028232 | 143.59.1.3 | WwW.SeeHD.PL__Rambo Last Blood 2019 720p HDCAM-GETB8.mkv | bt | US |
| 37169790600 | 143.59.1.3 | Rambo Last Blood 2019 HDCAM x264 AC3-ETRG.mp4 | bt | US |
| 37212941222 | 143.59.1.3 | WwW.SeeHD.PL__Rambo Last Blood 2019 720p HDCAM-GETB8.mkv | bt | US |
| 45798278754 | 143.59.101.252 | The Hitmans Wife Bodyguard 2021 720p WEBRip x264  700MB - ShortRips.mkv | bt | US |
| 45463689816 | 143.59.109.119 | The.Hitmans.Bodyguard.2017.1080p.WEBRip.DD5.1.x264-NOGRP.mkv | bt | US |
| 42683660494 | 143.59.11.175 | London.Has.Fallen.2016.720p.BluRay.x264-[YTS.AG].mp4 | bt | US |
| 42702653022 | 143.59.11.175 | Angel.Has.Fallen.2019.720p.WEBRip.x264-[YTS.LT].mp4 | bt | US |

| NoticesID | IP | Region | City | TimeZone | Hit Date |
|---|---|---|---|---|---|
| 33672953624 | 143.59.1.19 | Michigan | Ferndale | UTC | 2019-07-24 01:53:10 |
| 37155454686 | 143.59.1.3 | Michigan | Roseville | UTC | 2019-09-29 19:04:38 |
| 37168028232 | 143.59.1.3 | Michigan | Roseville | UTC | 2019-09-30 00:52:06 |
| 37169790600 | 143.59.1.3 | Michigan | Roseville | UTC | 2019-09-30 01:46:31 |
| 37212941222 | 143.59.1.3 | Michigan | Roseville | UTC | 2019-10-01 00:11:21 |
| 45798278754 | 143.59.101.252 | Georgia | Columbus | UTC | 2021-07-03 06:15:13 |
| 45463689816 | 143.59.109.119 | Ohio | Delaware | UTC | 2021-06-06 23:47:13 |
| 42683660494 | 143.59.11.175 | Michigan | Hastings | UTC | 2020-09-05 01:55:14 |
| 42702653022 | 143.59.11.175 | Michigan | Hastings | UTC | 2020-09-06 13:40:34 |