IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 21-cv-1901-DDD-MEH | Date: | December 1, 2021 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501 |

*Parties:*                                                                                  *Counsel:*

AFTER II MOVIE, LLC, et al.,                                          Joshua Lee (by telephone)
                                                                                        Kerry Culpepper (by telephone)

     Plaintiff,

v.

WIDEOPEN WEST FINANCE, LLC,                                  Richard Brophy

     Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER
SCHEDULING CONFERENCE**

---

**Court in session:** 10:17 a.m.

Court calls case.   Appearances of counsel.

Discussion held regarding the Defendant's [ECF 35] *Motion to Dismiss the Amended Complaint* and the Plaintiffs' [ECF 39] *Motion for Order Authorizing Disclosure of Defendant's Subscribers' Identities and Ordering Defendant to Begin Notification Process*. The parties request the Court to stay the case pending the ruling on Defendant's *Motion to Dismiss* which the Court will grant and will not enter a ruling on Plaintiffs' *Motion* at this time, as it has not been fully briefed.

Discussion held regarding the parties' [ECF 41] *Joint Motion for Protective Order*.   The motion contains the parties' disputed issues, and the Court hears the parties' arguments regarding said disputes with rulings made on the record.

**ORDERED:**   The case is **STAYED** pending the ruling on the Defendant's [ECF 35] *Motion to Dismiss the Amended Complaint*.   Within **three (3) business days** of the ruling on the *Motion,* the parties shall jointly submit a Proposed Scheduling Order to the Court with the notation whether a Scheduling Conference is needed or if the Court can enter the Order without a hearing.

                To the extent as stated on the record, [ECF 41] *Joint Motion for Protective Order* is **GRANTED** and the parties shall submit the Proposed Protective Order, with the edits made on the record, for the Court to enter on the docket.

**Court in recess:** 10:48 a.m.     (Hearing concluded)
**Total time in Court: 00:31**

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.