IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01901-DDD-MEH

211 PRODUCTIONS, INC., *et al.*,

    Plaintiffs,

v.

WIDEOPENWEST FINANCE, LLC,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 15, 2021.**

    This matter comes before the Court *sua sponte*. On December 1, 2021, the Court held a scheduling conference, at which the Court addressed the parties' Joint Motion for Protective Order. ECF 45. As stated in the Courtroom Minutes, the Court granted the motion and directed that "the parties shall submit the Proposed Protective Order, with the edits made on the record, for the Court to enter on the docket." *Id.* The parties have not sent a new version of the proposed protective order. The parties shall do so, sending a Word version of the revised protective order to hegarty_chambers@cod.uscourts.gov, on or before December 17, 2021.