IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-1901-DDD-MEH

AFTER II MOVIE, LLC, et al.,

    Plaintiffs,

v.

WIDEOPENWEST FINANCE, LLC,

    Defendant.

---

**PLAINTIFF JUSTICE EVERYWHERE PRODUCTIONS, LLC'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

---

Plaintiff JUSTICE EVERYWHERE PRODUCTIONS, LLC ("Plaintiff") hereby provides notice of its voluntary dismissal under Fed. R. Civ. P. 41(A) of Defendant WIDEOPENWEST FINANCE, LLC ("Defendant") <u>without prejudice</u>. This dismissal is pursuant to Rule 41(a)(1)(A)(i). No answer or motion for summary judgment has been filed by Defendant.

DATED: Kailua-Kona, Hawaii, March 12, 2022.

/s/ Kerry S. Culpepper
Kerry S. Culpepper
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:   (808) 464-4047
Facsimile:    (202) 204-5181
E-Mail:        kculpepper@culpepperip.com
*Attorney for Plaintiffs*

20-0231A

## CERTIFICATE OF SERVICE

I hereby certify that on the date below I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Margaret R. Szewczyk   mszewczyk@atllp.com, iplitstaff@armstrongteasdale.com

Richard L. Brophy   rbrophy@atllp.com, iplitstaff@armstrongteasdale.com

Zachary Charles Howenstine   zhowenstine@armstrongteasdale.com, drichert@armstrongteasdale.com, iplitstaff@armstrongteasdale.com

DATED: Kailua-Kona, Hawaii, March 12, 2022.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper
Attorney for Plaintiffs

2

20-0231A