IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| AFTER II MOVIE, LLC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 1:21-cv-01901-DDD-MEH |
| ) | |
| WIDEOPENWEST FINANCE, LLC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**<u>JOINT MOTION TO RESTRICT ACCESS TO SUBSCRIBER OBJECTIONS</u>**

The Court's January 19, 2022 Order (ECF No. 56) ordered Defendant WideOpenWest Finance LLC to give notice to certain subscribers, pursuant to the Cable Act, that they have the opportunity to submit objections to the disclosure of their personal identifying information ("PII") to Plaintiffs. Accordingly, Plaintiffs and Defendant (collectively, "the Parties") now jointly move for the entry of an order (1) authorizing any such objections filed via CM/ECF to be filed as Level 2 restricted documents, (2) directing the Court Clerk to file any objections submitted *pro se* by email or letter as Level 2 restricted documents, without any docket text revealing their identities, and (3) adding a generic party name "Objector" to identify the objecting party, with the relevant IP address if provided by the objector, so that objections may be filed without revealing the objector's identity to Plaintiffs or the public.

Defendant will be designating any subscriber information disclosed to Plaintiffs as "Confidential" under the Protective Order (ECF No. 52). The Parties agree that unless the Court restricts subscribers' objections to Level 2 access, filing objections to the disclosure of PII will defeat the intended purpose of those objections. *See, e.g.*, Sept. 21, 2020 Order (ECF No. 244), *Warner Bros. Records Inc., et al. v. Charter Communications, Inc.*, No. 1:19-cv-00874-RBJ-MEH

1

(directing the Court Clerk to change the restriction level of subscriber objections to Level 2, to amend the public docket entries so that the name of the objecting subscriber did not appear in the docket text, and to send copies of any such filings to the defendant upon request).

As a result, the Parties request that where objections are filed via CM/ECF, the Court authorize these objections to be filed as Level 2 restricted documents, including restriction of the filer's name. The Parties propose that a generic party named "Objector" with the option to include the relevant IP address (Example: "Objector IP address 77.77.777.777") be added to this case, for use by any objectors or their counsel to file subscriber objections on the CM/ECF system without revealing their identities to Plaintiffs or the public.

Where objections are filed *pro se* via posted letter or email (in accordance with this Court's Email Filing Procedures for Unrepresented Parties, available at http://www.cod.uscourts.gov/Portals/0/Documents/AttInfo/Email_Filing_for_Pro_Se.pdf), the Parties request that the Court Clerk file them as Level 2 restricted documents with docket text entries that do not reveal the objectors' PII, and similarly use the generic party named "Objector" with the relevant IP address (again, if provided) to identify the filing party.

WHEREFORE, the Parties ask that the Court enter an order (1) authorizing any objections filed via CM/ECF to be filed as Level 2 restricted documents, (2) directing the Court Clerk to file any objections submitted *pro se* by email or letter as Level 2 restricted documents, without any docket text revealing their identities, and (3) adding a generic party name "Objector" to identify the objecting party, with the relevant IP address if provided by the objector, so that objections may be filed without revealing the objector's identity to Plaintiffs or the public. The Parties further request that the Court Clerk forward a copy of any such filings to Defendant upon request, and for such other and further relief as the Court deems proper under the circumstances.

Dated: April 11, 2022                                             Respectfully submitted,

| | |
|---|---|
| /s/ *Kerry S. Culpepper (with permission)*<br>Kerry S. Culpepper<br>Joshua Lee<br>CULPEPPER IP, LLLC<br>75-170 Hualalai Road, Suite B204<br>Kailua-Kona, Hawaii 96740<br>Telephone:    (808) 464-4047<br>Facsimile:    (202) 204-5181<br>E-Mail: kculpepper@culpepperip.com<br><br>*Attorneys for Plaintiffs* | /s/ *Zachary C. Howenstine*<br>Richard L. Brophy<br>Zachary C. Howenstine<br>Margaret R. Szewczyk<br>Angela B. Kennedy<br>Armstrong Teasdale LLP<br>7700 Forsyth Blvd., Suite 1800<br>St. Louis, Missouri 63105<br>(314) 621–5070 (telephone)<br>rbrophy@atllp.com<br>zhowenstine@atllp.com<br>mszewczyk@atllp.com<br>akennedy@atllp.com<br><br>*Attorneys for WideOpenWest Finance, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2022, I caused a copy of the foregoing to be served upon all counsel of record via ECF notification.

By:   */s/ Zachary C. Howenstine*