IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01901-DDD-MEH

AFTER II MOVIE, LLC, *et al.*,

    Plaintiffs,

v.

WIDEOPENWEST FINANCE, LLC,

    Defendant.

---

### ORDER TO RESTRICT ACCESS TO SUBSCRIBER OBJECTIONS
---

**Michael E. Hegarty, United States Magistrate Judge**.

    Pursuant to this Court's January 19, 2022 Order (ECF 56), Defendant WideOpenWest Finance LLC ("Defendant") was ordered to notify subscribers that their PII may be disclosed to Plaintiffs to allow those subscribers time to object to that disclosure. ECF 56. In accordance with the Parties' Joint Motion to Restrict Access to Customer Objections (ECF 59), the Court finds that unless the Court restricts subscribers' objections to Level 2 access, the filing of objections will defeat the intended purpose of any such objections. Therefore, the Parties' Motion [filed April 11, 2022; ECF 59] is **granted**.

    Accordingly, **IT IS HEREBY ORDERED** that (1) any such objections filed via CM/ECF may be filed as Level 2 restricted documents; (2) the Court Clerk is directed to file any objections submitted *pro se* by email or letter as Level 2 restricted documents, without any docket text revealing their identities; and (3) the generic party name "Objector" with the relevant IP address if provided by the objector (Example: "Objector IP address 77.77.777.777") shall be added so that

objections may be filed without revealing the objector's identity to Plaintiffs or the public. The Court further directs that the Clerk forward a copy of any such filings to Defendant upon request.

Entered this 18th day of April, 2022, at Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge