# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| AFTER II MOVIE, LLC, et al.,       ) | |
|                                       Plaintiffs,    ) | Case No. 1:21-cv-01901-DDD-MEH |
| vs.             ) | |
| WIDEOPENWEST FINANCE, LLC.,    ) | |
|                                       Defendant.    ) | |

## OBJECTOR WITH I.P. ADDRESS 69.73.32.172.'S MOTION TO WITHDRAW OR STRIKE A DUPLICATE FILING

Objector with I.P. address 69.73.32.172, through its attorneys, hereby submits this Motion to Withdraw the Duplicate Filing of Restricted Doc. Level 2 – Objection of IP Address 69.73.32.172 (Doc. 81). Document 81 was mistakenly filed and is a duplicate of Document 79, Restricted Doc. Level 2 – Objection of IP Address 69.73.32.172. To avoid any potential confusion, Objector respectfully requests that this Court withdraw or strike from the record Doc. 81, or in the alternative, take notice that Doc. 81 is a duplicate filing of Doc. 79.

Dated:  August 15, 2022.                                       Respectfully submitted,

                                                                     By: */s/ Zachary C. Howenstine*
                                                                    Richard L. Brophy
                                                                    Zachary C. Howenstine
                                                                    Angela B. Kennedy
                                                                    ARMSTRONG TEASDALE LLP
                                                                    7700 Forsyth Blvd., Suite 1800
                                                                    St. Louis, Missouri 63105
                                                                    (314) 621–5070
                                                                    rbrophy@atllp.com
                                                                    zhowenstine@atllp.com
                                                                    akennedy@atllp.com
                                                                    *Attorneys for Objector*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2022, I caused a copy of the foregoing to be served upon all counsel of record via ECF notification.

By: */s/ Zachary C. Howenstine*