IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| AFTER II MOVIE, LLC, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>WIDEOPENWEST FINANCE, LLC., )<br>)<br>Defendant. )<br>) | Case No. 1:21-cv-01901-DDD-MEH |

**[PROPOSED] ORDER TO WITHDRAW OR STRIKE OBJECTOR WITH I.P. ADDRESS 69.73.32.172's DUPLICATE FILING**

After consideration of Objector with I.P. address 69.73.32.172.'s Motion to Withdraw or Strike a Duplicate Filing, the Court hereby **GRANTS** the Motion.

Accordingly, **IT IS HEREBY ORDERED** that Document 81, Restricted Doc. Level 2 – Objection of IP Address 69.73.32.172, filed on July 14, 2022, is withdrawn, and stricken from the record.

**SO ORDERED** this _____ day of _____, 2022

_____
Hon. Daniel D. Domenico, U.S. District Judge

1