# Exhibit "A"

| Docket Entry | IP address | Number of Notices Sent |
|---|---|---|
| 64 | 216.47.223.79 | 25 |
| 65 | Anonymous | |
| 66 | 75.118.245.75 | 14 |
| 67 | Anonymous | |
| 68 | 24.96.241.239 | 16 |
| 69 | 74.199.24.13 | 16 |
| 71 | Anonymous | |
| 72 | 50.4.69.2 | 12 |
| 73 | Anonymous | |
| 74 | Anonymous | |
| 75 | Anonymous | |
| 76 | 69.14.22.136 | 39 |
| 77 | 69.14.91.217 | 18 |
| 78 | 69.14.151.202 | 12 |
| 79 | 69.73.32.172 | 18 |
| 80 | Anonymous | |
| 81 | 69.73.32.172 | 18 |
| 82 | 24.96.141.222 | 21 |
| 83 | Anonymous | |
| 84 | 69.47.201.21 | 16 |
| 85 | Anonymous | |
| 86 | Anonymous | |
| 87 | Anonymous | |
| 88 | 24.214.188.2 | 12 |
| 89 | 67.149.155.255 | 23 |
| 90 | 207.98.247.128 | 15 |
| 91 | 96.27.92.199 | 31 |
| 92 | 24.214.114.168 | 17 |
| 93 | 143.59.238.209 | 20 |
| 94 | 24.96.19.5 | 28 |
| 95 | 64.53.208.38 (incorrectly filed as 64.53.208.28) | 28 |
| 96 | 65.60.242.209 | 17 |
| 97 | 24.214.62.105 (incorrectly filed as 24.214.62.150) | 78 |
| 98 | 24.42.166.207 | 26 |
| 101 | 23.28.48.137 | 13 |
| 102 | 67.149.72.230 | 27 |

20-0231A

| | | |
|---|---|---|
| 103 | 69.14.1.232 | 32 |
| 104 | 69.14.48.54 | 13 |
| 105 | 69.47.79.53 | 14 |
| 106 | 75.76.48.158 | 24 |
| 107 | 74.199.122.153 | 18 |
| 108 | 69.47.201.21 | 16 |
| 109 | 143.59.77.77 (incorrectly filed as 143.57.77.77) | 19 |
| 110 | 75.118.247.221 | 22 |
| 111 | 75.118.244.40 | 110 |
| 115 | 216.186.218.197 | 27 |
| 115-A | 65.60.237.82 | 16 |
| 115-A | 74.199.17.171 | 36 |
| 115-A | 75.118.143.115 | 26 |
| 115-A | 24.96.230.117 | 25 |
| 115-A | 24.214.70.132 | 17 |
| 115-A | 69.73.43.163 | 15 |
| 115-A | 96.27.99.177 | 12 |
| 115-A | 24.192.185.219 | 23 |
| 115-A | 65.60.228.29 | 14 |
| 115-A | 143.59.222.198 | 37 |
| 115-A | 23.28.4.73 | 12 |
| 115-A | 216.186.202.108 | 13 |
| 115-A | 69.47.68.72 | 14 |
| 115-A | 69.14.35.97 | 12 |
| 115-A | 24.42.192.2 | 15 |
| 115-A | 69.14.22.136 | 39 |
| 115-A | 216.186.176.45 | 24 |
| 115-A | 24.192.224.174 | 17 |
| 115-A | 68.179.174.40 | 23 |
| 115-A | 96.27.179.248 | 30 |
| 115-A | 216.186.218.197 | 27 |
| 115-A | 65.60.140.207 | 22 |
| 115-A | 67.149.226.7 | 96 |
| 115-A | 69.47.236.71 | 21 |
| 115-A | 66.203.228.186 | 17 |
| 115-A | 69.14.36.200 | 21 |
| 115-A | 65.60.186.179 | 24 |
| 115-A | 75.76.180.219 | 26 |
| 115-A | 24.192.237.239 | 30 |
| 115-A | 75.118.30.146 | 12 |
| 115-A | 75.76.186.74 | 12 |

| | | |
|---|---|---|
| 115-A | 50.4.162.156 | 12 |
| 115-A | 67.149.117.41 | 29 |
| 115-A | 24.214.79.145 | 13 |
| 115-A | 64.53.248.120 | 19 |
| 115-A | 24.192.19.33 | 20 |
| 115-A | 143.59.233.140 | 12 |
| 115-A | 24.214.112.8 & 24.214.136.71 | 33 34 |
| 115-A | 69.14.137.228 | 13 |
| 115-A | 216.186.235.106 | 13 |
| 115-A | 75.76.14.192 | 13 |
| 115-A | 23.28.223.207 | 20 |
| 115-A | 23.28.196.135 | 13 |
| 115-A | 75.118.181.26 | 15 |
| 115-A | 24.192.140.102 | 31 |
| 115-A | 69.73.90.176 | 28 |
| 115-A | 69.47.178.210 | 57 |
| 115-A | 75.118.11.137 | 25 |
| 115-A | 96.27.31.75 | 28 |
| 115-A | 69.47.116.55 | 14 |
| 115-A | 50.4.26.92 & 143.59.28.201 | 12 61 |
| 115-A | 64.53.175.149 | 12 |
| 115-A | 68.179.132.19 | 60 |
| 115-A | 207.98.181.118 | 19 |
| 115-A | 65.60.209.179 | 14 |
| 115-A | 69.14.202.31 | 12 |
| 115-A | 76.73.232.40 | 21 |
| 115-A | 23.28.54.51 | 17 |
| 115-A | 143.59.53.54 | 53 |
| 115-A | 96.27.213.26 | 23 |
| 115-A | 24.192.30.30 | 20 |
| 115-A | 69.14.208.97 | 15 |
| 115-A | 69.47.14.84 | 12 |
| 115-A | 24.96.43.236 | 13 |
| 115-A | 64.233.197.148 | 24 |
| 115-A | 24.42.199.204 & 24.96.132.225 | 27 16 |
| 115-A | 24.96.113.200 & 24.96.114.226 | 28 28 |
| 115-A | 75.118.177.144 | 31 |
| 115-A | 207.98.252.247 | 26 |

3

20-0231A

| | | |
|---|---|---|
| 115-A | 24.42.192.2 | 15 |
| 115-A | 65.60.222.208 | 18 |
| 115-A | 23.28.86.169 | 20 |
| 115-A | 69.47.61.51 | 14 |
| 115-A | 69.14.137.61 | 12 |
| 115-A | 64.53.201.4 | 22 |
| 115-A | 24.214.112.221 | 23 |
| 115-A | 50.4.178.225 & 68.179.163.62 | 36 41 |
| 115-A | 67.149.130.101 | 14 |
| 115-A | 69.14.90.106 | 41 |
| 115-A | 24.42.196.191 | 39 |
| 115-B | 143.59.161.230 | 32 |
| 115-B | 143.59.53.245 | 13 |
| 115-B | 143.59.62.154 | 12 |
| 115-B | 143.59.63.58 | 19 |
| 115-B | 207.98.181.25 | 12 |
| 115-B | 207.98.234.126 | 19 |
| 115-B | 216.186.184.136 | 20 |
| 115-B | 216.186.246.186 | 12 |
| 115-B | 23.28.23.108 | 26 |
| 115-B | 23.28.26.90 | 20 |
| 115-B | 24.214.100.170 | 14 |
| 115-B | 24.214.169.98 | 27 |
| 115-B | 24.214.255.189 | 12 |
| 115-B | 24.214.44.87 | 22 |
| 115-B | 24.214.7.216 | 15 |
| 115-B | 24.42.175.43 | 13 |
| 115-B | 24.96.71.127 | 41 |
| 115-B | 65.60.130.121 | 18 |
| 115-B | 65.60.209.248 | 34 |
| 115-B | 67.149.203.65 | 46 |
| 115-B | 67.149.205.87 | 31 |
| 115-B | 67.149.217.147 | 47 |
| 115-B | 67.149.9.105 | 14 |
| 115-B | 68.179.162.93 | 34 |
| 115-B | 69.1.47.162 | 19 |
| 115-B | 69.14.12.242 | 16 |
| 115-B | 69.14.18.138 | 15 |
| 115-B | 69.14.77.189 | 24 |
| 115-B | 69.14.88.52 | 14 |
| 115-B | 69.14.90.59 | 13 |

| | | |
|---|---|---|
| 115-B | 69.47.160.174 | 21 |
| 115-B | 69.47.163.76 | 16 |
| 115-B | 75.76.56.78 | 44 |
| 115-B | 75.76.64.200 | 19 |
| 115-B | 75.76.66.198 | 13 |
| 115-B | 76.73.138.138 | 23 |
| 115-B | 76.73.197.38 | 24 |
| 115-B | 76.73.213.83 | 23 |
| 115-B | 24.225.106.3 | 14 |
| 115-B | 66.45.153.166 | 12 |
| 116 | 96.27.18.243 | 15 |
| 118 | 69.14.115.161 | 12 |

5

20-0231A