**Marked-up Version of Exhibit "1"**

| No. | OWNER | MOTION PICTURE | Certificate Number |
|---|---|---|---|
| 1 | Millennium Funding, Inc. (previously 211 Productions, Inc.) | *211* | PAu003905278, PA0002132686 |
| ~~2~~ | ~~Screen Media Ventures, LLC~~ | *~~2 Guns~~* | ~~PA0001874757, PAu003622806~~ |
| <u>3</u>~~2~~ | Voltage Holdings, LLC | *A Family Man* | PA0002039392, TXu001967832, TXu001374031 |
| <u>3</u>~~4~~ | After II Movie, LLC | *After We Collided* | PAu004014087, PAu003988168 |
| <u>4</u>~~5~~ | Millennium Funding, Inc. | *Angel Has Fallen* | PA0002197434, PAu003917080 |
| <u>5</u>~~6~~ | Millennium Funding, Inc. | *Automata* | PA0001923090, PAu003712705 |
| <u>6</u>~~7~~ | Voltage Holdings, LLC (previously Eve Nevada, LLC) | *Ava* | PA0002235557, PAu003943693 |
| <u>7</u>~~8~~ | Millennium Media, Inc. | *Before I Go to Sleep* | PAu003753175, PA0001939571 |
| <u>8</u>~~9~~ | Millennium Funding, Inc. | *Boyka: Undisputed IV* | PA0002031176, PAu003798816 |
| <u>9</u>~~10~~ | Millennium Funding, Inc. | *Criminal* | PA0001984029, PAu003772954 |
| <u>10</u>~~11~~ | Dallas Buyers Club, LLC | *Dallas Buyer's Club* | PA0001873195 |
| ~~12~~ | ~~Millennium Funding, Inc. (previously Day of Dead Productions, Inc.)~~ | *~~Day of the Dead: Bloodline~~* | ~~PA0002104460~~ |
| <u>11</u>~~13~~ | Voltage Holdings, LLC | *Extremely Wicked, Shockingly Vile and Evil* | PAu003953148, PAu003905674 |
| <u>12</u>~~14~~ | Voltage Holdings, LLC | *Fathers and Daughters* | PAu003762811, PAu003713364 |
| <u>13</u>~~15~~ | Voltage Holdings, LLC | *Good Kill* | PAu003762377, PAu003726363 |
| <u>14</u>~~16~~ | Millennium Funding, Inc. | *Hellboy* | PA0002176664 |
| <u>15</u>~~17~~ | Millennium IP, Inc. | *Homefront* | PA0001877609 |
| <u>16</u>~~18~~ | Millennium Funding, Inc. (previously Hunter Killer Productions, Inc.) | *Hunter Killer* | PA0002147752, PAu003868948 |
| ~~19~~ | ~~I am Wrath~~ | *~~I am Wrath~~* | ~~PAu003813390~~ |

| | | ~~Production, Inc.~~ | | |
|---|---|---|---|---|
| 17<s>20</s> | | Voltage Holdings, LLC | *I Feel Pretty* | PAu003896491, PAu003886973 |
| 18<s>21</s> | | Wonder One, LLC (previously Gunfighter Productions, LLC) | *Disturbing the Peace* | PAu003991009 |
| 19<s>22</s> | | Voltage Holdings, LLC | *I.T.* | PAu003801126 |
| ~~23~~ | | ~~Killing Link Distribution, LLC~~ | ~~*Kill Chain*~~ | ~~PAu003975781~~ |
| 20<s>24</s> | | Badhouse Studios, LLC | *Larceny* | PAu003852034, PAu003892760 |
| 21<s>25</s> | | LF2 Productions, Inc. | *Leatherface* | PAu003809024, PA0002054658 |
| 22<s>26</s> | | LHF Productions, Inc. | *London Has Fallen* | PA0001982831, PAu003789521 |
| 23<s>27</s> | | Millennium Funding, Inc. | *Mechanic: Resurrection* | PA0001998057 |
| 24<s>28</s> | | Venice PI, LLC | *Once Upon a Time in Venice* | PA0002039391, TXu001968528 |
| 25<s>29</s> | | Voltage Holdings, LLC | *Pay the Ghost* | PA0001957914, TXu001920050 |
| 26<s>30</s> | | Rambo V Productions, Inc. | *Rambo V: Last Blood* | PA0002202971 |
| 27<s>31</s> | | Voltage Holdings, LLC | *Revolt f/k/a Prisoners of War* | PA0002047480, PAu003854989 |
| 28<s>32</s> | | Badhouse Studios, LLC | *Rumble* | PAu003785952, PAu003739043 |
| 29<s>33</s> | | Millennium Funding, Inc. | *Septembers of Shiraz* | PA0002038711, PAu003740540 |
| 30<s>34</s> | | MON, LLC | *Singularity* | PAu003848900 |
| 31<s>35</s> | | Voltage Holdings, LLC | *Status Update* | PAu003867210, PAu003850446 |
| ~~36~~ | | ~~Millennium IP, Inc.~~ | ~~*Stoic fka Acts of Vengeance*~~ | ~~PA0002111678~~ |
| 32<s>37</s> | | Millennium Funding, Inc. | *Survivor* | PA0001956191, PAu003749574 |
| 33<s>38</s> | | Nikola Productions, Inc. | *Tesla* | PAu003998966 |
| 34<s>39</s> | | Wonder One, LLC | *The 2nd* | PAu004025415 |
| 35<s>40</s> | | Voltage Holdings, LLC | *The Cobbler* | PAu003744688, PAu003742177 |
| 36<s>41</s> | | Voltage Holdings, LLC | *The Company You Keep* | PAu003660935, PAu003578816 |
| 37<s>42</s> | | Bodyguard | *The Hitman's* | PAu003844508, |

|  | Productions, Inc. | *Bodyguard* | PAu003849477 |
|---|---|---|---|
| 38<s>43</s> | Millennium Funding, Inc. | *The Humbling* | PAu03760198 |
| 39<s>44</s> | Voltage Holdings, LLC | *The Necessary Death of Charlie Countryman* | PAu003663305, TXu001808502 |
| 40<s>45</s> | Outpost Productions, Inc.<s>/</s> /Screen Media Ventures, LLC | *The Outpost* | PA0002258273, PA0002263248 |
| 41<s>46</s> | Voltage Holdings, LLC | *The Professor and the Madman* | PAu003920383, PAu003919285 |
| <s>47</s> | <s>Hannibal Classics Inc.</s> | <s>*USS Indianapolis: Men of Courage*</s> | <s>PA0002008277, PAu003776074</s> |
| <s>48</s> | <s>Justice Everywhere Productions LLC</s> | <s>*Vengeance: A Love Story*</s> | <s>PAu003835145, PAu003901379</s> |
| 42<s>49</s> | MON, LLC | *Welcome Home* | PAu004016506, PAu003900818, PAu003900815 |
| 43<s>50</s> | Paradox Studios, LLC | *Black Butterfly* | PAu003875290, PAu003826055, PAu003854895 |
| 44<s>51</s> | Screen Media Ventures, LLC | *The Hurricane Heist* | PA0002147321 |
| 45<s>52</s> | Hitman Two Productions, Inc. | *The Hitman's Wife's Bodyguard* | PAu4084868, PAu4005787 |
| <s>53</s> | <s>Glacier Films 1, LLC</s> | <s>*American Heist*</s> | <s>PA0001398023</s> |
| 46<s>54</s> | Voltage Holdings, LLC (previously She Fighter Nevada, LLC) | *Lady Bloodfight* | PA0002056253 |
| 47<s>55</s> | Cinelou Films, LLC (previous Cook Productions, LLC) | *Mr. Church* | PA0002002851 |
| 48<s>56</s> | Screen Media Ventures, LLC | *The Last Full Measure* | PAu003981677 |
| <u>49</u> | <u>After Productions, LLC</u> | <u>*After*</u> | <u>PAu003973225, PAu003527570</u> |
| <u>50</u> | <u>After We Fell Productions, LTD</u> | <u>*After We Fell*</u> | <u>PA0002340291, PAu004048558</u> |
| <u>51</u> | <u>After Ever Happy Productions, LTD</u> | <u>*After Ever Happy*</u> | <u>PAu004149716, PAU4048372</u> |
| <u>52</u> | <u>Chase Film Nevada, LLC</u> | <u>*Last Seen Alive*</u> | <u>PAu004085656, PAu004134886</u> |
| <u>53</u> | <u>The Guard Productions, LTD</u> | <u>*The Protégé* (previously *The Asset*)</u> | <u>PA2346338/ PAu004051267</u> |
| <u>54</u> | <u>Jolt Productions, Inc.</u> | <u>*Jolt*</u> | <u>PA0002351658</u> |

| 55 | Til Productions, Inc./Screen Media Ventures, LLC | *Till Death* | PA0002351661 |

**Works owned and/or distributed by Screen Media Ventures LLC**

| Title | Registration |
|---|---|
| *Topper* | PA0000463947 |
| *The Flying Deuces* | PAU001629105 |
| *Topper Takes a Trip* | PA0000460493 |
| *Sherlock Holmes and the Secret Weapon* | PA0000460494 |
| *Angel and the Badman* | PA0000460492 |
| *My Favorite Brunette* | PA0000460483 |
| *The Greatest Story Ever Told* | RE0000655025 |
| *Faces* | RE0000931058 |
| *A Woman Under the Influence* | PA0000545088 |
| *Dolemite* | PA0000794701 |
| *Night of the Howling Beast* | PA0000490139 |
| *Welcome Home Brother Charles* | PA0000447213 |
| *Emma Mae* | PA0000399740 |
| *The Killing of a Chinese Bookie* | RE0000912755 |
| *Grand Theft Auto* | PA0000144291 |
| *The Wild Geese* | PA0000327516 |
| *Ashanti* | PA0000228296 |
| *Game for Vultures* | PA0000043629 |
| *Opening Night* | RE0000909052 |
| *Zulu Dawn* | PA0000130043 |
| *Ironmaster* | PA0000298538 |
| *Homework* | PA0000158955 |
| *Venom* | PA0000163458 |
| *Lost* | PA0000184795 |
| *Shaka Zulu* | PA0000313271 |
| *Deathstalker* | PA0000211851 |
| *The Night They Saved Christmas* | PA0000278425 |
| *Warrior of the Lost World* | PA0000298544 |
| *Creator* | PA0000262377 |
| *Rad* | PA0000299462 |
| *The Curse* | PA0000468095 |
| *Hide and Go Shriek* | PA0000374904 |
| *Party Line* | PA0000382689 |
| *Pin* | PAU001119691 |
| *Trouble in Paradise* | PA0000483461 |
| *Lonesome Dove* | PA0000431895 |
| *Mindfield* | PAU001272701 |

| | |
|---|---|
| *Escape* | PAU001103951 |
| *The Hot Spot* | PA0000490131 |
| *The Incident* | PA0000483458 |
| *Mortal Passions* | PAU001272706 |
| *Red Surf* | PAU001261632 |
| *Tales from the Darkside: The Movie* | PA0000470445 |
| *Blue Desert* | PA0000517638 |
| *Howling VI: The Freaks* | PA0000568649 |
| *Inner Sanctum* | PA0000545099 |
| *There's Nothing Out There* | PA0000568329 |
| *The Bikini Carwash Company* | PA0000483461 |
| *Cold Heaven* | PA0000602964 |
| *Martial Law* | PAU001404402 |
| *Martial Law II: Undercover* | PAU001404402 |
| *Sidekicks* | PA0000715705 |
| *Simple Men* | PAU001571432 |
| *Bitter Harvest* | PA0000161855 |
| *A Bronx Tale* | PA0000659530 |
| *Carlito's Way* | PA0000662676 |
| *Detonator* | PAU001791565 |
| *Sugar Hill* | PA0000662828 |
| *Black Fox* | PAU002022242 |
| *Hard Drive* | PA0000782288 |
| *Inner Sanctum II* | PAU001819598 |
| *The Road to Wellville* | PA0000742442 |
| *Savate* | PA0000780563 |
| *Scanner Cop* | PAU001791650 |
| *The Shadow* | PA0000660068 |
| *Sioux City* | PA0000699361 |
| *Stalked* | PA0000738516 |
| *Bloodknot* | PAU002073338 |
| *Invisible Mom* | PAU002108241 |
| *Mr. Stitch* | PA0000774931 |
| *Scanner Cop II* | PAU001916513 |
| *Shootfighter II* | PAU002306346 |
| *Virtual Desire* | PAU002045479 |
| *Voodoo* | PAU002002111 |
| *The Wharf Rat* | PAU002038327 |
| *When the Bullet Hits the Bone* | PAU002011964 |
| *Gulliver's Travels* | PAU002010190 |
| *Conundrum* | PAU002108220 |
| *Crash Dive* | PAU002256776 |
| *Jack Frost* | PAU002214918 |
| *Moving Target* | PAU002145958 |
| *Mrs. Santa Claus* | PA0000837436 |
| *Robin of Locksley* | PAU002084331 |

| | |
|---|---|
| *Steel Sharks* | PAU002177449 |
| *Timepiece* | PA0000833995 |
| *The Odyssey* | PA0001049918 |
| *Bikini Traffic School* | PAU002213200 |
| *Gunshy* | PAU002288976 |
| *Deceiver* | PA0000873724 |
| *Operation Delta Force* | PAU002177451 |
| *The Shooter* | PAU002215784 |
| *Strategic Command* | PAU002215778 |
| *Top of the World* | PAU002214803 |
| *The Twilight of the Golds* | PAU002046016 |
| *Free Money* | PAU002291594 |
| *Sweepers* | PAU002314807 |
| *One Tough Cop* | PAU002314711 |
| *Bruno* | PAU002368799 |
| *On the Border* | PAU002300508 |
| *Curse of the Puppet Master* | PA0000911802 |
| *Gideon* | PAU002368817 |
| *Resurrection* | PA0000959316 |
| *The Boondock Saints* | PAU002441422 |
| *Mom's Outta Sight* | PAU002269119 |
| *Little Men* | PA0000167954 |
| *Looking for an Echo* | PA0001307042 |
| *Fallout* | PAU002368786 |
| *Creature* | PA0000884551 |
| *One Last Dance* | PA0001283717 |
| *The Temptations* | PA0000746771 |
| *Hoods* | PA0000811148 |
| *The 4th Floor* | PAU002459658 |
| *Final Voyage* | PAU002487641 |
| *House on Haunted Hill* | PA0000968090 |
| *Aftershock: Earthquake in New York* | PA0000962073 |
| *Farscape* | PA0001129246 |
| *Dungeons & Dragons* | PA0001014907 |
| *Schoolgirls in Chains* | PA0000248534 |
| *Adventures of Sonic the Hedgehog* | PA0000791233 |
| *Love & Sex* | PAU002498767 |
| *Road Rage* | PAU002497736 |
| *Snow White: The Fairest of Them All* | PA0001079475 |
| *Jack and the Beanstalk: The Real Story* | PA0001087028 |
| *Bimini Code* | PA0000226034 |
| *Here Is Mariah Carey* | PA0000683660 |
| *Redeemer* | PAU002630282 |
| *Interview with the Assassin* | PA0001151190 |
| *Back by Midnight* | PAU002638999 |
| *The Maldonado Miracle* | PA0001139114 |

| | |
|---|---|
| *Deacons for Defense* | PAU002743981 |
| *AC/DC: Live at Donington* | PA0000627859 |
| *Manderlay* | PAU002800015 |
| *Silver Hawk* | PAU002884312 |
| *Strange Bedfellows* | PA0001226502 |
| *Edge of America* | PA0001260386 |
| *The Upside of Anger* | PAU002851781 |
| *Picking Up & Dropping Off* | PA0001194655 |
| *Farscape: The Peacekeeper Wars* | PA0001364011 |
| *Click* | PA0001322657 |
| *The Five People You Meet in Heaven* | PA0001259456 |
| *Kids in America* | PAU003005180 |
| *Poseidon* | PA0001331423 |
| *10.5: Apocalypse* | PA0001340429 |
| *The Curse of King Tut's Tomb* | PAU003001001 |
| *Hidden Places* | PAU003000967 |
| *Jane Doe: Yes, I Remember It Well* | PAU003000970 |
| *Love's Long Journey* | PAU003000978 |
| *Hogfather* | PA0001375211 |
| *Stevie Ray Vaughan and Double Trouble: Live at Montreux 1982 & 1985* | PA0001627069 |
| *Rage Against the Machine: Live at the Grand Olympic Auditorium* | PA0001210388 |
| *In the Shadows* | PAU003093481 |
| *Satriani Live* | PA0001367508 |
| *Curse of the Wolf* | PA0001699010 |
| *Outpost* | PAU003339619 |
| *Dolan's Cadillac* | PAU003399445 |
| *Farm House* | PAU003599128 |
| *Linda Ronstadt: The Sound of My Voice* | PA0002222783 |
| *Best Sellers* | PA0002316066 |
| *The Shannara Chronicles* | PAU003789456 |
| *Sator* | PAU003909423 |
| *Crash and Burn* | PA0001599388 |
| *The Color of Magic* | PAU003366316 |
| *Death in Love* | PAU003387378 |
| *Fist of the Vampire* | PA0001698820 |
| *Winterland* | PA0002215969 |
| *The Seventh Day* | PAU004058864 |
| *Feels Good Man* | PAU004023264 |
| *Dark Matter* | SRU001361942 |
| *Lapsis* | PAU003979013 |
| *Dr. Jekyll and Mr. Hyde* | PAU003357148 |
| *Black Friday* | PA0001600731 |
| *Moon* | PA0001642365 |
| *Close Encounters of the Fifth Kind* | PAU004003929 |
| *Roadless* | PA0002215067 |

| | |
|---|---|
| *Project Blue Book Exposed* | PAU004072721 |
| *Kung Fu Killer* | PA0001637749 |
| *Elvis from Outer Space* | PAU004048526 |
| *Out of Death* | PAU004053089 |
| *Savage Salvation* | PAU004158043 |
| *The Phenomenon* | PAU004029501 |
| *Alien Chronicles: Top UFO Encounters* | PAU004137406 |
| *Ancient World Aliens* | PAU004083059 |
| *Monster from Bikini Beach* | PAU003365089 |
| *Trigger Point* | PAU004074628 |
| *American Siege* | PAU004055694 |
| *The Immaculate Room* | PA0002367369 |
| *Black Site* | PAU004074738 |
| *YellowBrickRoad* | PA0001918126 |
| *The System* | PAU004134673 |
| *30 for 30* | PA0001813422 |
| *George Michael: Live in London* | PA0001670679 |
| *One Shot* | PAU004111322 |
| *Paulie Go!* | PAU004124437 |
| *The Accursed* | PA0002381308 |
| *Poker Face* | PAU004162633 |
| *Dig* | PAU004145346 |
| *Meet Cute* | PAU004145284 |
| *You Lucky Dog* | PA0001810258 |
| *A Tear in the Sky* | PAU004117959 |
| *Emily the Criminal* | PA0002325882 |
| *Code Name Banshee* | PA0002366710 |
| *The Locksmith* | PAU004162737 |
| *The Art of Flight* | PA0001833411 |
| *The 50 Best Horror Movies You've Never Seen* | PAU003730674 |
| *You Can't Kill Stephen King* | PAU003635135 |
| *Meeting Mr. Christmas* | PAU004137825 |
| *Paradox Alice* | PAU003576659 |
| *Justin Bieber: Rise to Fame* | PA0001789674 |
| *On the Trail of UFOs: Night Visitors* | PA0000221506 |
| *Take It with You* | PAU003665353 |
| *Scarecrow* | PAU003699745 |
| *Louder Than Bombs* | PA0002017461 |
| *Bad 25* | PA0001868543 |
| *Every Breath You Take* | PAU004068815 |
| *Zombie Resurrection* | PAU003720195 |
| *A Bride for Christmas* | PAU003671341 |
| *Murda Capital* | PA0001916487 |
| *Carrie Underwood: The Blown Away Tour Live* | PA0001889375 |
| *Cerro Torre: A Snowball's Chance in Hell* | PA0002179491 |
| *Carrie Pilby* | PAU003840898 |

| | |
|---|---|
| *Beginner's Guide to Sex* | PA0002052421 |
| *Jimi Hendrix: Hear My Train a Comin'* | PA0001927362 |
| *The Dinner* | PAU003875281 |
| *The Mercy* | PAU003946362 |
| *The Unattainable Story* | PAU003869707 |
| *High Strung* | PAU003780977 |
| *Excess Flesh* | PA0001984361 |
| *Sade: Bring Me Home Live* | PA0001828700 |
| *The Visit* | PA0001969229 |
| *Everything Beautiful Is Far Away* | PA0002105608 |
| *A Street Cat Named Bob* | PAU003888011 |
| *State Like Sleep* | PAU003837658 |
| *Stevie D* | PAU003857269 |
| *Creep 2* | PAU003880037 |
| *Digging for Fire* | PA0001975024 |
| *Hunter Gatherer* | PAU003786433 |
| *The Hippopotamus* | PAU003812947 |
| *Ladyworld* | PAU003900758 |
| *The Escort* | PA0001961065 |
| *The Overnight* | PAU003757392 |
| *Life, Animated* | PAU003805678 |
| *Cold Deck* | PAU003800963 |
| *I Spit on Your Grave: Deja Vu* | PAU003880620 |
| *The Nightingale* | PAU003948876 |
| *Cartel Land* | PAU003795992 |
| *Elliot the Littlest Reindeer* | PAU003900791 |
| *Finding Kim* | PAU003846668 |
| *Intersect* | PAU004004209 |
| *Tanna* | PA0002027547 |
| *The Lost Husband* | PAU004010985 |
| *Those Left Behind* | PAU003839613 |
| *Tar* | PAU004043248 |
| *I Do, I Do, I Do* | PAU003753197 |
| *Abnormal Attraction* | PAU003734309 |
| *Kittie: Origins/Evolutions* | PA0002100544 |
| *Monstrous* | PA0002393906 |
| *Christine* | PAU003148922 |
| *Discarnate* | PAU003791299 |
| *Neruda* | PA0002067740 |
| *Hunt for the Wilderpeople* | PAU003801910 |
| *Goldstone* | PAU003823933 |
| *Southbound* | PA0002029830 |
| *Change in the Air* | PAU003897410 |
| *Soul to Keep* | PAU003912472 |
| *Dismissed* | PAU003894826 |
| *Lansky* | PAU004022804 |

| | |
|---|---|
| *Third Eye Spies* | PAU004115587 |
| *Super Dark Times* | PAU003892890 |
| *Charming Christmas* | PAU003802027 |
| *Jeremiah Tower: The Last Magnificent* | PAU003857788 |
| *The Fourth Phase* | PAU003875225 |
| *Heal* | PA0002118651 |
| *Michael Jackson's Journey from Motown to Off the Wall* | PA0002120717 |
| *Madonna and the Breakfast Club* | PAU003936809 |
| *Cagefighter* | PAU004048219 |
| *Lamborghini: The Man Behind the Legend* | PAU004153492 |
| *Starfish* | PAU003930641 |
| *Come Away* | PAU003933921 |
| *Running with the Devil* | PAU003971862 |
| *Kings* | PAU003899847 |
| *Up and Away* | PA0002172674 |
| *Blue Jay* | PAU003808464 |
| *The Mistletoe Promise* | PAU003865121 |
| *Captain Black* | PAU003951554 |
| *Antiquities* | PA0002127771 |
| *Making a Killing* | PA0002085749 |
| *Devil's Domain* | PAU003851750 |
| *Savage Youth* | PAU003951076 |
| *Capone* | PA0002281335 |
| *Locating Silver Lake* | PAU003845212 |
| *Under the Eiffel Tower* | PAU003850204 |
| *Holly Star* | PA0002157591 |
| *Radium Girls* | PAU003848468 |
| *Trophy* | PA0002081011 |
| *A Good Woman Is Hard to Find* | PAU003991831 |
| *Stoker Hills* | PAU004096459 |
| *Under an Arctic Sky* | PAU003865146 |
| *The Hummingbird Project* | PAU003919325 |
| *Stella's Last Weekend* | PAU003858789 |
| *Mafia Inc* | PAU004009025 |
| *The Experience* | PAU003995148 |
| *Hamlet in the Golden Vale* | PAU003976501 |
| *The Dawn Wall* | PAU003924920 |
| *Them That Follow* | PA0002181225 |
| *Sunset Society* | PAU003635657 |
| *The New Romantic* | PA0002124948 |
| *All About Nina* | PAU003924680 |
| *Willy's Wonderland* | PA0002276407 |
| *John Henry* | PAU003922780 |
| *Get Gone* | PAU003979848 |
| *A Leaf of Faith* | PAU003949681 |
| *The Baby-Sitters Club* | PA0002321127 |

| | |
|---|---|
| *American Dharma* | PA0002205821 |
| *Andy Irons: Kissed by God* | PA0002179491 |
| *Halston* | PAU003962528 |
| *Girl* | PAU004038898 |
| *Les Norton* | PA0002209866 |
| *Romantic Comedy* | PAU004017455 |
| *Shadow in the Cloud* | PAU003968966 |
| *The World to Come* | PAU004045928 |
| *1 Night in San Diego* | PAU004050760 |