IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01901-DDD-MEH

AFTER II MOVIE, LLC,
BADHOUSE STUDIOS, LLC,
BODYGUARD PRODUCTIONS, INC.,
DALLAS BUYERS CLUB, LLC,
LF2 PRODUCTIONS, INC.,
LHF PRODUCTIONS, INC.,
MILLENNIUM FUNDING, INC.,
MILLENNIUM IP, INC.
MILLENNIUM MEDIA, INC.,
MON, LLC,
NIKOLA PRODUCTIONS, INC.,
OUTPOST PRODUCTIONS, INC.,
PARADOX STUDIOS, LLC,
RAMBO V PRODUCTIONS, INC.,
SCREEN MEDIA VENTURES, LLC,
VENICE PI, LLC.,
VOLTAGE HOLDINGS, LLC.,
WONDER ONE, LLC,
HITMAN TWO PRODUCTIONS, INC.,
CINELOU FILMS, LLC,

   Plaintiffs,

v.

WIDEOPENWEST FINANCE, LLC,

   Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 9, 2023.**

  At the parties' joint request, the Court will hold a Discovery Conference on **June 28, 2023, at 10:15 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. At this Discovery Conference, the Court will address the parties' dispute regarding Defendant's objections to certain requests for production and interrogatories from Plaintiffs.

Because the offices of all counsel are located outside of the Denver metropolitan area, the parties may appear remotely by video pursuant to the instructions the Court emailed to the parties.

In advance of the conference, Plaintiffs shall submit the relevant interrogatories and requests for production and corresponding objections by email to *hegarty_chambers@cod.uscourts.gov*. Additionally, the parties may each prepare a short statement identifying the nature of the dispute(s) and provide the statements and any other documents/information that may assist in the resolution of the issues by email to *hegarty_chambers@cod.uscourts.gov*. These materials shall be submitted before **noon on June 23, 2023**.