# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-1901-DDD-MEH

AFTER II MOVIE, LLC, et al.,

    Plaintiffs,

v.

WIDEOPENWEST FINANCE, LLC,

    Defendant.

---

**UNOPPOSED MOTION TO STRIKE EXHIBIT "J" [DOC. #163-10] TO MOTION TO COMPEL**

---

Plaintiffs motions to withdraw the Doc. #163-10 which was erroneously filed. Plaintiff respectfully requests that this Court withdraw or strike from the record Doc. #163-10. Pursuant to D.C.Colo.LCivR 7.1(a), the undersigned counsel previously conferred with counsel for Defendant concerning this document.

DATED: Kailua-Kona, Hawaii, July 11, 2023.

/s/ Kerry S. Culpepper
Kerry S. Culpepper
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:   (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:      kculpepper@culpepperip.com
*Attorney for Plaintiffs*

20-0231A

## CERTIFICATE OF SERVICE

I hereby certify that on the date below I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Margaret R. Szewczyk     mszewczyk@atllp.com, iplitstaff@armstrongteasdale.com

Richard L. Brophy     rbrophy@atllp.com, iplitstaff@armstrongteasdale.com

Zachary Charles Howenstine     zhowenstine@armstrongteasdale.com, drichert@armstrongteasdale.com, iplitstaff@armstrongteasdale.com

DATED: Kailua-Kona, Hawaii, July 11, 2023.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper
Attorney for Plaintiffs

20-0231A

2