# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| AFTER II MOVIE, LLC, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> WIDEOPENWEST FINANCE, LLC, ) <br> ) <br> Defendant. ) | Case No. 1:21-cv-01901-DDD-MEH |

### DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT

Defendant WideOpenWest Finance, LLC ("WOW") submits the following Notice of Supplemental Authority in support of its Response in Opposition to Plaintiffs' Motion for Leave to File Second Amended and Supplemental Complaint. (ECF No. 153).

On December 6, 2023, U.S. Magistrate Judge Tonianne J. Bongiovanni of the U.S. District Court for the District of New Jersey entered a Memorandum Opinion and Order denying in part Plaintiffs' motion for leave to file a second amended and supplemental complaint.[1] *See* Dec. 6, 2023 Memorandum Opinion, attached as Exhibit A and available at *Bodyguard Prods., Inc. v. RCN Telecom Servs., LLC*, No. 21-cv-015310 (RK), 2023 WL 8453167 (D.N.J. Dec. 6, 2023); Dec. 6, 2023 Order, attached as Exhibit B. In that case, like this one, Plaintiffs After II Movie, LLC *et al.* seek to hold an internet service provider secondarily liable for its subscribers' alleged infringement of Plaintiffs' copyrights. Ex. A at 2–3. Also like this case, Plaintiffs sought leave to "join 14 additional Plaintiffs, add 343 new copyrighted works, add new allegations concerning two new third-party detection systems, clarify other factual allegations, and delete certain Plaintiffs

---

[1] *Bodyguard Prods., Inc. v. RCN Telecom Servs., LLC*, No. 21-cv-015310 (RK), 2023 WL 8453167 (D.N.J. Dec. 6, 2023).

and works that are no longer part of the case." *Id.* at 3. The defendant ISP ("RCN") opposed Plaintiffs' motion, arguing that the late addition of multiple plaintiffs, numerous works-in-suit, and new third-party detection systems would "graft an entirely new and different lawsuit onto the existing case," prejudicing the defense. *Id.* at 5.

In light of these substantial similarities, WOW respectfully submits this notice of Judge Bongiovanni's Memorandum Opinion and Order in *Bodyguard Prods., Inc. v. RCN Telecom Servs., LLC*.

Dated: December 12, 2023

Respectfully submitted,

By: */s/ Zachary C. Howenstine*
Richard L. Brophy
Zachary C. Howenstine
Angela B. Kennedy
Margaret R. Szewczyk
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
(314) 621–5070
rbrophy@atllp.com
zhowenstine@atllp.com
akennedy@atllp.com
mszewczyk@atllp.com

Kathryn E. Ford
ARMSTRONG TEASDALE LLP
4643 S. Ulster St., Suite 800
Denver, Colorado 80237
(720) 200-0676
kford@atllp.com

*Attorneys for WideOpenWest Finance, LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 12, 2023, I caused a copy of the foregoing to be served upon all counsel of record by operation of the court's electronic filing system.

                By: */s/ Zachary C. Howenstine*
                    Zachary C. Howenstine