IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-1901-DDD-MEH

AFTER II MOVIE, LLC, et al.,

    Plaintiffs,

v.

WIDEOPENWEST FINANCE, LLC,

    Defendant.

---

**OPPOSITION TO DEFENDANT'S NOTICES OF SUPPLEMENTAL AUTHORITY**
**[Doc. #187]**

---

On Dec. 12, 2023, Defendant filed a notice of supplemental authority. *See* Doc. No. 187. Plaintiffs oppose Defendant's notice because it is an improper attempt to submit supplemental briefing without leave of the Court and violates the meet and confer requirements of D.C.COLO.LCivR 7.1. Notably, when the shoe was on the other foot, Defendant required that Plaintiffs submit notices of supplemental authority by only attaching the decision without comment when Plaintiffs' counsel properly met and conferred prior to filing. *See* Exhibit "1", Doc. Nos. 117, 120. Here, not only did Defendant fail to meet and confer with Plaintiffs prior to filing the notice, but Defendant improperly included comments on the decision. Importantly, the magistrate judge's order cited in Defendant's notice of supplemental authority is not final because Plaintiffs filed an appeal yesterday.

Plaintiffs' counsel previously met and conferred with Defendant's counsels

20-0231A

Zachary Howenstine, Angela B. Kennedy and Kathryn E. Ford on Oct. 23, 2023 and requested Defendant strike its previous improper notice [Doc. Nos. 180-181] and refile them by attaching the decisions without comment per their agreement and D.C.COLO.LCivR 7.1.  Defendant's counsels refused.  Accordingly, Defendant is on notice of Plaintiffs' position that their approach is improper.  The Court should not consider Defendant's notice of supplemental authority.

Should the Court consider Defendant's notice that improperly included comments on a non-final order, the Court should also consider Plaintiffs comments.  In the NJ case cited by Defendant, Screen Media Ventures LLC ("SMV") was not a party to the live pleading and sought to join as a party in the amended pleading.  In the present case, SMV is already a Plaintiff in the live pleading (First Amended Complaint) [Doc. #25].

DATED: Kailua-Kona, Hawaii  Dec. 21, 2023

/s/ Kerry S. Culpepper
Kerry S. Culpepper
Culpepper IP, LLLC
75-170 Hualalai Rd., Suite B204
Kailua-Kona, HI 96740
808-464-4047
kculpepper@culpepperip.com

2

20-0231A

### CERTIFICATE OF SERVICE

I hereby certify that on the date below I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Angela B. Kennedy     akennedy@atllp.com

Margaret R. Szewczyk     mszewczyk@atllp.com, iplitstaff@armstrongteasdale.com

Kathryn E. Ford <kford@atllp.com>

Richard L. Brophy     rbrophy@atllp.com, iplitstaff@armstrongteasdale.com

Zachary Charles Howenstine     zhowenstine@armstrongteasdale.com, drichert@armstrongteasdale.com, iplitstaff@armstrongteasdale.com

DATED: Dec. 21, 2023.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper
Attorney for Plaintiffs

20-0231A