# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| AFTER II MOVIE, LLC, et al., | ) |
| Plaintiffs, | ) Case No. 1:21-cv-01901-DDD-MEH |
| vs. | ) |
| WIDEOPENWEST FINANCE, LLC, | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendant:

WideOpenWest Finance, LLC.

Dated: January 26, 2024.

ARMSTRONG TEASDALE LLP

/s/ *Melanie E. King*
Melanie E. King
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
314-621-5070
meking@atllp.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of January, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

<u>/s/ Melanie E. King</u>

2