# Exhibit "B"

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. <u>1:21-cv-1901-DDD-MEH</u>

AFTER II MOVIE, LLC, et al.,

    Plaintiffs,

v.

WIDEOPENWEST FINANCE, LLC,

    Defendant.

---

### PLAINTIFFS' SECOND REQUESTS FOR ADMISSIONS TO DEFENDANT (NOS. 47-77)

---

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiffs After II Movie, LLC, et. al. hereby serves their Second Requests for Admissions Nos. **47-77** upon Defendant WideOpenWest Finance, LLC. Defendant's responses shall be served within the time specified in Rule 36(a)(3).

### DEFINITIONS

1. The terms "You," "Your," "Defendant,", "WideOpenWest" or "WOW", mean WideOpenWest Finance, Inc. and/or any persons or entities acting on its behalf or in concert with it, its employees, consultants, agents, officers, representatives, attorneys or other persons authorized to act for WideOpenWest Finance, Inc. As agreed by the parties in the Scheduling Order [Doc. #142], You includes Defendant's parent(s) and subsidiary(ies).

2. The term "DMCA" refers to the Digital Millennium Copyright Act.

3. The term "Customer" or "Subscriber" refers to any account holder or subscriber of your internet services.

4. The term "User" refers to any person that uses your internet services.

5. The term "Notice" refers to a notice, including but not limited to a notice under the DMCA, that one or more of your Customers or Users infringed or allegedly infringed a copyright.

6. The term "Repeat Infringer Policy" refers to a policy as described in 17 U.S.C. § 512(i).

7. The term "Acceptable Use Policy" refers to any policy concerning the obligations, rules, and limitations of Customers' or Users' use of internet services offered by WOW.

8. The term "IP address" means internet protocol address.

9. The terms "copyright management information" or "CMI" mean "copyright management information" as defined in 17 U.S. Code § 1202(c).

10. Undefined terms have their plan and ordinary meaning in the context of the relevant request.

11. The term "violation" refers to a violation included in the total of violations (total_violations) in WOW000144.

12. The term "total violations" refers to the term as used (total_violations) in WOW000144.

13. The term "violation count" refers to the term as used (violation_count) in WOW000144.

14. Unless a different time period is specified, all requests are for time period of July 13, 2018 to July 13, 2021.

15. The term "immediately" means within 3 business days of the triggering event.

16. The term "multiple" means more than one.

17. For each discovery request or part thereof to which you object on the ground of burdensomeness, please indicate the custodian and location of each file or document requested, and the time estimated to obtain the information.

18. If you object to any request on the ground that the answer would reveal privileged information, please specify:

(a) The nature of the privilege being claimed (including work product);

(b) The general subject matter of the document or oral communication as to which the privilege is claimed;

(c) The date of the document or oral communication;

(d) The name of the author or person making such communication;

(e) The addressees or recipients of the document or oral communication;

(f) The relationship between the author or person making such communication and the addressees or recipients of the document or oral communication.

## Requests for Admission

**Request for Admission No. 47:**

Admit that WOW tracked more than 1000 notices as ignored in 2020.

**Request for Admission No. 48:**

Admit that between the period of January 1, 2016 to July 13, 2021 WOW received over one thousand notices indicating that infringing copies of copyrighted material were allegedly being shared by subscribers under file titles including the word "STUTTERSHIT".

**Request for Admission No. 49:**

Admit that between the period of January 1, 2016 to July 13, 2021 WOW received over two thousand notices indicating that infringing copies of copyrighted material were allegedly being shared by subscribers under file titles including the word "STUTTERSHIT".

**Request for Admission No. 50:**

Admit that between the period of January 1, 2016 to July 13, 2021 WOW received over three thousand notices indicating that infringing copies of copyrighted material were allegedly being shared by subscribers under file titles including the word "STUTTERSHIT".

**Request for Admission No. 51:**

Admit that between the period of January 1, 2016 to July 13, 2021 WOW received over one thousand notices indicating that infringing copies of copyrighted material were allegedly being shared by subscribers under file titles including the word "TGx".

**Request for Admission No. 52:**

Admit that between the period of January 1, 2016 to July 13, 2021 WOW received over two thousand notices indicating that infringing copies of copyrighted material were allegedly being shared by subscribers under file titles including the word "TGx".

**Request for Admission No. 53:**

Admit that between the period of January 1, 2016 to July 13, 2021 WOW received over three thousand notices indicating that infringing copies of copyrighted material were allegedly being shared by subscribers under file titles including the word "TGx".

**Request for Admission No. 54:**

Admit that between the period of January 1, 2016 to July 13, 2021 WOW suggested to at least one subscriber to block the websites "torrenting.com" and "TorrentCouch.com". *See* WOW027626.

**Request for Admission No. 55:**

Admit that between the period of January 1, 2016 to July 13, 2021 WOW suggested to at least one subscriber to block the website YTS.

**Request for Admission No. 56:**

Admit that between the period of January 1, 2016 to July 13, 2021 WOW suggested to at least one subscriber to block the website RARBG.

**Request for Admission No. 57:**

Admit that between the period of January 1, 2014 to Dec. 31, 2014, WOW did not terminate any subscribers for violating its repeat infringer policy.

**Request for Admission No. 58:**

Admit that between the period of January 1, 2015 to Dec. 31, 2015, WOW did not terminate any subscribers for violating its repeat infringer policy.

**Request for Admission No. 59:**

Admit that between the period of January 1, 2016 to Dec. 31, 2016, WOW did not terminate any subscribers for violating its repeat infringer policy.

**Request for Admission No. 60:**

Admit that between the period of January 1, 2017 to June 15, 2017, WOW did not terminate any subscribers for violating its repeat infringer policy.

**Request for Admission No. 61:**

Admit that as of May 9, 2023, there were at least 5 subscribers who had a "violation_count" greater than 20 but WOW had not terminated their service.

**Request for Admission No. 62:**

Admit that as of May 9, 2023, there were at least 10 subscribers who had a "violation_count" greater than 20 but WOW had not terminated their service.

**Request for Admission No. 63:**

Admit that as of May 9, 2023, there were at least 20 subscribers who had a "violation_count" greater than 20 but WOW had not terminated their service.

**Request for Admission No. 64:**

Admit that as of May 9, 2023, there were at least 30 subscribers who had a "violation_count" greater than 20 but WOW had not terminated their service.

**Request for Admission No. 65:**

Admit that as of May 9, 2023, there were at least 40 subscribers who had a "violation_count" greater than 20 but WOW had not terminated their service.

**Request for Admission No. 66:**

Admit that as of May 9, 2023, there were at least 5 subscribers who had a "violation_count" greater than 30 but WOW had not terminated their service.

**Request for Admission No. 67:**

Admit that as of May 9, 2023, there were at least 2 subscribers who had a "violation_count" greater than 40 but WOW had not terminated their service.

**Request for Admission No. 68:**

Admit that as of May 9, 2023, there was at least 1 subscriber with account number 19647296 (2732807 USHA) who had a "violation_count" greater than 49 but WOW had not terminated this subscriber's service.

**Request for Admission No. 69:**

Admit that WOW was not aware of any other Internet service provider that considered an infinite number of notices received within 24 hours for one IP address as one violation_count at the time that it adopted this metric for its repeat infringer policy.

**Request for Admission No. 70:**

Admit that at least one of the WOW employees who decided the metric of an infinite number of notices received within 24 hours for one IP address counts as one violation_count had previously used BitTorrent to download copies of movies.

**Request for Admission No. 71:**

Admit that between the period of January 1, 2016 to May 1, 2023, WOW concluded multiple times that an IP address for which it received a Notice was an account of a WOW employee.

**Request for Admission No. 72:**

Admit that between the period of January 1, 2016 to May 1, 2023, WOW concluded multiple times that an IP address for which it received a Notice was for a modem that was in a WOW warehouse facility.

**Request for Admission No. 73:**

Admit that between the period of January 1, 2016 to May 1, 2023, WOW concluded multiple times that an IP address for which it received a Notice was for a modem that was in a WOW warehouse facility and being used by WOW employees or contractors.

**Request for Admission No. 74:**

Admit that between the period of January 1, 2016 to May 1, 2023, WOW adjusted a tier of multiple subscribers down one tier for purported good behavior.

**Request for Admission No. 75:**

Admit that between the period of January 1, 2016 to May 1, 2023, WOW adjusted multiple subscribers who were on the t4 tier down one tier to t3 for good behavior and these subscribers again reached the t4 tier and had their service terminated for continued notices.

**Request for Admission No. 76:**

Admit that WOW's adjustment of multiple subscribers who were on the t4 tier down one tier for good behavior violated WOW's written repeat infringer policy.

**Request for Admission No. 77:**

Admit that between the period of January 1, 2016 to Dec. 31, 2016, WOW informed at least one subscriber that "stuttershit" was a popular piracy website. *See* AFTER10486-AFTER10487.

DATED: Kailua-Kona, Hawaii, April 22, 2024.
/s/ Kerry S. Culpepper
Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone: (808) 464-4047
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com
*Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on the date below I sent a copy of the foregoing to the following e-mail addresses:

Kathryn E. Ford     kford@atllp.com, iplitstaff@atllp.com

Zachary Charles Howenstine     Zhowenstine@atllp.com, iplitstaff@atllp.com

Richard L. Brophy     rbrophy@atllp.com, iplitstaff@atllp.com

Margaret R. Szewczyk     mszewczyk@atllp.com, iplitstaff@armstrongteasdale.com

Angela B. Kennedy     akennedy@atllp.com, angela-kennedy-1734@ecf.pacerpro.com, bpeyton@atllp.com, iplitstaff@atllp.com, stllitdocket@atllp.com

Melanie Elizabeth King     meking@atllp.com


DATED: Kailua-Kona, Hawaii, April 22, 2023.


CULPEPPER IP, LLLC


<u>/s/ Kerry S. Culpepper</u>
Kerry S. Culpepper
Attorney for Plaintiffs