IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| AFTER II MOVIE, LLC, et al., | ) |
| Plaintiffs, | ) Case No. 1:21-cv-01901-DDD-MEH |
| vs. | ) |
| WIDEOPENWEST FINANCE, LLC., | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW KATHRYN FORD AS COUNSEL OF RECORD FOR DEFENDANTS

Pursuant to D.C.COLO.LAttyR 5, Attorney Kathryn Ford hereby requests to withdraw from this case as counsel of record for Defendant WideOpenWest Finance, LLC ("Defendant"). In support thereof states as follows:

1. Kathryn Ford is no longer employed by Armstrong Teasdale LLP.

2. Defendant remains represented in this matter by Richard Brophy, Zachary Howenstine, and Angela Kennedy of Armstrong Teasdale LLP.

3. This Motion to Withdraw is not sought for the purpose of delay or for any other improper purpose.

4. In light of the above, there is good cause for Ms. Ford to withdraw as counsel of record for Defendant in this matter.

WHEREFORE, Ms. Ford respectfully requests that he be withdrawn as counsel of record for Defendant in this Matter.

1

Dated: July 11, 2024

Respectfully submitted,

By: */s/ Kathryn Ford*
Kathryn Ford
Richard L. Brophy
Zachary C. Howenstine
Margaret R. Szewczyk
Angela B. Kennedy
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
(314) 621–5070
rbrophy@atllp.com
zhowenstine@atllp.com
mszewczyk@atllp.com
akennedy@atllp.com

*Attorneys for WideOpenWest Finance, LLC*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2024, I caused a copy of the foregoing to be served upon all counsel of record via ECF notification.

By: */s/ Kathryn Ford*