IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01901-DDD-MEH

AFTER II MOVIE, LLC, et al.,

      Plaintiffs,

v.

WIDEOPENWEST FINANCE, LLC,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, Chief U.S. Magistrate Judge, on December 6, 2024.**

The Court will hold a Status Conference on **December 20, 2024** at **11:30 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. At the Conference, the Court will address the issues and requests outlined in Parties' Fifth Joint Status Report [ECF 248].

If this date is not convenient, the Parties shall confer and contact my Chambers by **email** (Hegarty_Chambers@cod.uscourts.gov) to obtain an alternate date. All Parties must be copied on the email if they agree to change the Conference date; otherwise, any Party seeking to change the Conference date must file a motion. If not all Parties have entered an appearance, any request to reset the Status Conference must be made by filing the appropriate motion. Absent exceptional circumstances, no request for rescheduling will be entertained unless made **five business days prior** to the date of the Conference.

Litigants and counsel whose offices are located outside of the Denver metropolitan area or who cannot reasonably make a personal appearance may request to appear remotely at the Status Conferences. Please **call** Chambers at (303) 844-4507 **at least two business days** prior to the Status Conference to request a remote appearance.