IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 21-cv-01901-DDD-MEH | Date: | December 20, 2024 |
| Courtroom Deputy: | Christopher Thompson | FTR: | A501* |

| *Parties:* | *Counsel:* |
|---|---|
| AFTER II MOVIE, LLC, et al., | Kerry Culpepper (by video) |
| | Jonathan Moskin (by video) |
| Plaintiffs, | |
| v. | |
| WIDEOPENWEST FINANCE, LLC, | Zachary Howenstine |
| Defendant. | |

**COURTROOM MINUTES**
**STATUS CONFERENCE**

**Court in session:**   11:33 a.m.

Court calls case. Appearances of counsel.

Discussion held regarding the status of the case and bankruptcy proceedings involving Plaintiff Screen Media Ventures, LLC. Pursuant to the delays in the bankruptcy case, Defendant requests the Court to sever Plaintiff Screen Media and allow the case to proceed with the remaining Parties. The Court directs the Parties to confer on the issue and will set a Status Conference, as stated on the record.

**ORDERED:**   The Dispositive Motions deadline is extended to **February 14, 2025**, except that this deadline is **stayed** as to Plaintiff Screen Media Ventures, LLC pending the resolution of their bankruptcy case, as stated on the record.

A Status Conference is set for **February 18, 2025 at 11:30 a.m**. in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. If this date is not convenient, the Parties shall confer and contact my Chambers by email to obtain an alternate date. All Parties must be copied on the email if they agree to change the Conference date; otherwise, any Party seeking to change the Conference date must file a motion. If not all Parties have entered an appearance, any request to reset the Status Conference must be

made by filing the appropriate motion. Absent exceptional circumstances, no request for rescheduling will be entertained unless made five business days prior to the date of the Conference. Litigants and counsel whose offices are located outside of the Denver metropolitan area or who cannot reasonably make a personal appearance may request to appear remotely at the Status Conferences. Please call Chambers at (303) 844-4507 at least two business days prior to the Status Conference to request a remote appearance.

The Parties shall **confer** on the issues regarding severing Plaintiff Screen Media Ventures. They shall bring a copy of the proposed Order to the February 18, 2025 Status Conference and email a Word copy to Chambers before the Conference, as stated on the record.

**Court in recess:**       11:50 a.m.       **Conference concluded.**
Total in-court time:    00:17

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.