**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| AFTER II MOVIE, LLC, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:21-cv-01901-DDD-MEH |
| ) | |
| vs. ) | |
| ) | |
| WIDEOPENWEST FINANCE, LLC, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR ORDER
SETTING SUMMARY JUDGMENT BRIEFING SCHEDULE AND WORD LIMITS**

Plaintiffs After II Movie, LLC, et al. and Defendant WideOpenWest Finance, LLC ("WOW") jointly move for an order governing the parties' upcoming summary judgment briefing.[1] In support of this joint motion, the parties state as follows:

This copyright infringement action has been bifurcated into two phases. *See* ECF No. 142, at 5, 8–9. The first phase is centered on WOW's safe harbor defense under the Digital Millennium Copyright Act ("DMCA"). *See id.*

As discussed during the February 6, 2025 hearing before this Court, the parties expect to file cross-motions for summary judgment regarding WOW's safe harbor defense. *See* ECF No. 262. To avoid burdening the Court with repetitive briefing, the parties propose the following briefing schedule and limits to govern these dispositive motions:

---

[1] This Joint Motion seeks only to set a procedure governing the parties' dispositive motions, separate from the deadline for such motions. The Court recently entered a separate order setting certain summary judgment briefing deadlines. *See* ECF No. 262.

I. **WOW's Motion for Summary Judgment**: On or before March 21, 2025, WOW may file a motion for summary judgment, not to exceed 5,500 words.[2]

II. **Plaintiffs' Combined Response and Cross-Motion for Summary Judgment**: On or before April 18, 2025, Plaintiffs may file a single brief containing a response to WOW's motion and a cross-motion for summary judgment, not to exceed 7,300 words.

III. **WOW's Combined Reply Brief and Response to Plaintiffs' Cross-Motion**: On or before May 9, 2025, WOW may file a single brief containing a reply in support of WOW's motion and a response to Plaintiffs' cross-motion for summary judgment, not to exceed 4,500 words.

IV. **Plaintiffs' Reply in Support of Cross-Motion**: On or before June 5, 2025, Plaintiffs may file a reply in support of their cross-motion, not to exceed 2,700 words.

The effect of these word limits is to give each side 10,000 total words, which is significantly fewer than the 16,400 words of briefing each side would receive if the parties were to file and brief competing motions for summary judgment.

WHEREFORE, the parties respectfully request that the Court grant this Joint Motion and enter an order adopting the briefing limits and procedure set forth above.

---

[2] Pursuant to Section III(A)(3) of Judge Domenico's Civil Practice Standards, the briefing limits proposed herein are intended to exclude the brief's caption, signature block, certificates, and any accompanying exhibits.

Dated: February 18, 2025

Respectfully submitted,

By: */s/ Zachary C. Howenstine*
Richard L. Brophy
Zachary C. Howenstine
Angela B. Kennedy
Margaret R. Szewczyk
Melanie E. King
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
(314) 621–5070
rbrophy@atllp.com
zhowenstine@atllp.com
akennedy@atllp.com
mszewczyk@atllp.com
meking@atllp.com

*Attorneys for Defendant*

*/s/ Kerry S. Culpepper (w/ permission)*
Kerry S. Culpepper
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone:   (808) 464-4047
Facsimile:    (202) 204-5181
E-Mail: kculpepper@culpepperip.com

*Attorney for Plaintiffs*

3

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

                                                By:   */s/ Zachary C. Howenstine*
                                                       Zachary C. Howenstine

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2025, a copy of the foregoing was contemporaneously served on all counsel of record via the CM/ECF system.

                                                By:   */s/ Zachary C. Howenstine*
                                                       Zachary C. Howenstine