IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01901-DDD-CYC

AFTER II MOVIE, LLC, et al.,

      Plaintiffs,

v.

WIDEOPENWEST FINANCE, LLC,

      Defendant.

## MINUTE ORDER

**Entered by Cyrus Y. Chung, United States Magistrate Judge, on February 19, 2025.**

Before the Court is Plaintiffs' Motion for Sanctions under Rule 37 (the "Motion"). ECF No. 267. Plaintiffs filed their Motion and all attached exhibits, under restriction. This document was not accompanied by a motion to restrict, and no motion to restrict has been filed since.

The Local Rules provide that "[i]f a document is filed as a restricted document without an accompanying motion to restrict, it shall retain the restriction selected by the filer for 14 days. If no motion to restrict is filed within such time period, the restriction shall expire and the document shall be open to public inspection." D.C.COLO.LCivR 7.2(e).

It is ORDERED that an appropriate motion to restrict be filed no later than February 28, 2025.