# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| AFTER II MOVIE, LLC, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:21-cv-01901-DDD-MEH |
| ) | |
| vs. ) | |
| ) | |
| WIDEOPENWEST FINANCE, LLC, ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF ZACHARY C. HOWENSTINE
IN SUPPORT OF DEFENDANT'S OPPOSITION TO
<u>PLAINTIFFS' MOTION FOR SANCTIONS</u>**

I, Zachary C. Howenstine, declare as follows:

1. I am an attorney admitted to practice in the State of Missouri and in this District. I am a partner at the law firm of Armstrong Teasdale LLP, and I represent Defendant WideOpenWest Finance, LLC ("WOW") in the above-captioned action. I am over the age of 18 and make this declaration based on my personal knowledge in support of Defendant's Opposition to Plaintiffs' Motion for Sanctions.

2. Attached as **Exhibit B** to WOW's Opposition to Plaintiffs' Motion for Sanctions is a true and correct copy of Plaintiffs' May 24, 2024 Position Statement provided to counsel and this Court on May 24, 2024.

3. Attached as **Exhibit C** to WOW's Opposition to Plaintiffs' Motion for Sanctions is a true and correct copy of WOW's May 24, 2024 Position Statement provided to counsel and this Court on May 24, 2024.

4. Attached as **Exhibit D** to WOW's Opposition to Plaintiffs' Motion for Sanctions is a true and correct copy of an email thread between counsel dated March 15, 2024.

2

5.  **Exhibit E** to WOW's Opposition to Plaintiffs' Motion for Sanctions, which is filed separately under restriction as it contains confidential and/or highly confidential information, is a true and correct copy of excerpts from Teri Blackstock's 30(b)(6) testimony in this matter.

6.  Attached as **Exhibit F** to WOW's Opposition to Plaintiffs' Motion for Sanctions is a true and correct copy of the joint statement submitted by the parties to the Court on February 4, 2025.

7.  Attached as **Exhibit G** to WOW's Opposition to Plaintiffs' Motion for Sanctions is a true and correct copy of an email thread between WOW and Momentum.

8.  Exhibit 1 to Plaintiffs' RFP No. 1 is a large spreadsheet containing a list of the 367 subscribers and the notices Plaintiffs claim are applicable to those accounts. It lists the notices by date and consists of approximately 8,800 rows of data. The "Date of Last Notice" column of the table on pages 13 and 14 of WOW's Opposition to Plaintiffs' Motion for Sanctions is made with reference to that spreadsheet.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

Date: March 14, 2025.                By:   */s/ Zachary C. Howenstine*
                                           Zachary C. Howenstine