# EXHIBIT D

| | |
|---|---|
| **From:** | kculpepper culpepperip.com <kculpepper@culpepperip.com> |
| **Sent:** | Friday, March 15, 2024 12:30 AM |
| **To:** | Angela B. Kennedy; Zachary C. Howenstine; F. Christopher Austin |
| **Cc:** | Kathryn E. Ford; Melanie King; Richard L. Brophy; Kyle G. Gottuso; Maggie Szewczyk; 'Moskin, Jonathan E.'; 'Lopes, Roma'; Jennifer Carpenter |
| **Subject:** | RE: 1:21-cv-01901-DDD-MEH After II Movie, LLC et al v. WideOpenWest Finance, LLC, [IWOV-IDOCS.FID5145611] |
| **Attachments:** | WOW004372.pdf |



Hello Angela,

Re 1 – to be clear does that also include efforts to preserve data with respect to the third-party whose service agreement WOW terminated on 10/19/2021?
Re 4 – Agreed
Re 7 – Agreed
Re 8 – Agreed
Re 9 – Did you mean to say WOW0004737?  WOW0004373 is just a voicemail record – see attached.  If you meant WOW0004737 we are in agreement.
Re 10 – to clarify when I said goals I mean certain parameters they set for their program (tier designations, notice count for tiers, etc.).  If we are on same page on that meaning, then we are agreement.
Re 12 – agreed
Re 16 – understood (2 week notice)
Re 22 – understood (2 week notice).

Regards - KSC

---

**From:** Angela B. Kennedy <akennedy@atllp.com>
**Sent:** Thursday, March 14, 2024 4:50 PM
**To:** kculpepper culpepperip.com <kculpepper@culpepperip.com>; Zachary C. Howenstine <ZHowenstine@atllp.com>; F. Christopher Austin <caustin@weidemiller.com>
**Cc:** Kathryn E. Ford <kford@atllp.com>; Melanie King <meking@atllp.com>; Richard L. Brophy <RBrophy@atllp.com>; Kyle G. Gottuso <KGottuso@atllp.com>; Maggie Szewczyk <MSzewczyk@atllp.com>; 'Moskin, Jonathan E.' <JMoskin@foley.com>; 'Lopes, Roma' <rlopes@foley.com>; Jennifer Carpenter <JCarpenter@Atllp.com>
**Subject:** RE: 1:21-cv-01901-DDD-MEH After II Movie, LLC et al v. WideOpenWest Finance, LLC, [IWOV-IDOCS.FID5145611]

Hi Kerry,

Thanks again for your time on the call yesterday.

With respect to the topics we discussed, I can provide WOW's response and/or agreement:

1. WOW agrees to designate a witness to testify about the documents and information provided in connection with Section VII of the Court's November 13, 2023 Order, including efforts to preserve subscriber identification information and what happened to customer data when markets were sold.

1

4. WOW agrees to designate a witness to testify generally about the spreadsheets produced by WOW that contain the DMCA database, including the functional terms in the spreadsheets, how to correlate an account number to an IP address, and the systems from which the DMCA database may pull information.

7. WOW agrees to designate a witness to testify about non-privileged information related to efforts or actions WOW took to prevent copyright infringement.

8. WOW agrees to designate a witness to testify generally about the spreadsheet produced as WOW000144.

9. WOW agrees to designate a witness to testify generally about WOW's company policies concerning copyright infringement by users of its internet service from January 1, 2014, to the present, as well as to testify generally about WOW0004373, how WOW handled any backlog of notices, and how WOW handled notices it received for accounts that had been sold to third parties.

10. We understand Plaintiffs would like to ask a witness about WOW's DMCA goals with respect to this topic, with reference to a particular document. WOW will designate a witness to testify generally about WOW's non-privileged DMCA goals from January 1, 2014, to the present. If there is a specific document identifying specific goals you would like testimony about, please identify it no later than April 4 (2 weeks prior to the deposition) and we can confirm whether it is something our 30(b)(6) can testify about on behalf of the company.

12. WOW's agrees to designate a witness to testify generally about WOW's company policies concerning "torrenting," including torrent sites, by users of its internet service from January 1, 2014 to the present

16. WOW agrees that as a general matter, this topic is addressed by Topics 9 and 10. However, if there is a specific statement Plaintiffs would like to ask about, please provide the statement no later than April 4 (2 weeks prior to the deposition) and we can confirm whether it is something our 30(b)(6) can testify about on behalf of the company.

22. As discussed, WOW has no documents or communications responsive to similar requests for production. However, if there are specific live events or agreements you believe exist and would like to ask about, please identify them no later than April 4 (2 weeks prior to the deposition) and we can confirm whether it is something our 30(b)(6) can testify about on behalf of the company.

I think we should be on the same page, and we will be prepared to proceed on April 18 as outlined above and otherwise in our responses to your notice, but please let us know if you disagree.

Best,

Angela



Armstrong Teasdale LLP
Angela B. Kennedy | Partner
DIRECT: 314.259.4705 | Extension: 7405

2

**From:** kculpepper culpepperip.com <kculpepper@culpepperip.com>
**Sent:** Wednesday, March 13, 2024 10:02 AM
**To:** Angela B. Kennedy <akennedy@atllp.com>; Zachary C. Howenstine <ZHowenstine@atllp.com>; F. Christopher Austin <caustin@weidemiller.com>
**Cc:** Kathryn E. Ford <kford@atllp.com>; Melanie King <meking@atllp.com>; Richard L. Brophy <RBrophy@atllp.com>; Kyle G. Gottuso <KGottuso@atllp.com>; Maggie Szewczyk <MSzewczyk@atllp.com>; 'Moskin, Jonathan E.' <JMoskin@foley.com>; 'Lopes, Roma' <rlopes@foley.com>; Jennifer Carpenter <JCarpenter@Atllp.com>
**Subject:** Re: 1:21-cv-01901-DDD-MEH After II Movie, LLC et al v. WideOpenWest Finance, LLC, [IWOV-IDOCS.FID5145611]

Angela,
Do you have time to discuss this today?
KSC

Get Outlook for iOS

---

**From:** Angela B. Kennedy <akennedy@atllp.com>
**Sent:** Wednesday, March 13, 2024 4:23:01 AM
**To:** kculpepper culpepperip.com <kculpepper@culpepperip.com>; Zachary C. Howenstine <ZHowenstine@atllp.com>; F. Christopher Austin <caustin@weidemiller.com>
**Cc:** Kathryn E. Ford <kford@atllp.com>; Melanie King <meking@atllp.com>; Richard L. Brophy <RBrophy@atllp.com>; Kyle G. Gottuso <KGottuso@atllp.com>; Maggie Szewczyk <MSzewczyk@atllp.com>; 'Moskin, Jonathan E.' <JMoskin@foley.com>; 'Lopes, Roma' <rlopes@foley.com>; Jennifer Carpenter <JCarpenter@Atllp.com>
**Subject:** RE: 1:21-cv-01901-DDD-MEH After II Movie, LLC et al v. WideOpenWest Finance, LLC, [IWOV-IDOCS.FID5145611]

Hi Kerry,

With regard to Plaintiffs' Rule 30(b)(6) notice, please note that we will produce a corporate representative subject to the attached objections and the court's discovery orders. Please let us know if you want to discuss or if you believe there is any ambiguity about the agreed scope of the topics.

Best,

Angela



Armstrong Teasdale LLP

3

**Angela B. Kennedy** | Partner
DIRECT: 314.259.4705 | Extension: 7405

---

**From:** kculpepper culpepperip.com <kculpepper@culpepperip.com>
**Sent:** Tuesday, March 12, 2024 11:23 PM
**To:** Zachary C. Howenstine <ZHowenstine@atllp.com>; Angela B. Kennedy <akennedy@atllp.com>; F. Christopher Austin <caustin@weidemiller.com>
**Cc:** Kathryn E. Ford <kford@atllp.com>; Melanie King <meking@atllp.com>; Richard L. Brophy <RBrophy@atllp.com>; Kyle G. Gottuso <KGottuso@atllp.com>; Maggie Szewczyk <MSzewczyk@atllp.com>; 'Moskin, Jonathan E.' <JMoskin@foley.com>; 'Lopes, Roma' <rlopes@foley.com>; Jennifer Carpenter <JCarpenter@Atllp.com>
**Subject:** RE: 1:21-cv-01901-DDD-MEH After II Movie, LLC et al v. WideOpenWest Finance, LLC, [IWOV-IDOCS.FID5145611]

Zachary,

We would like to go forward with those days. I will email you the notices and mail the checks for $40 witness fees to you.

As of right now we are planning to do all online. That may change based upon circumstances.

Regards - KSC

---

**From:** Zachary C. Howenstine <ZHowenstine@atllp.com>
**Sent:** Monday, March 11, 2024 10:10 AM
**To:** kculpepper culpepperip.com <kculpepper@culpepperip.com>; Angela B. Kennedy <akennedy@atllp.com>
**Cc:** Kathryn E. Ford <kford@atllp.com>; Melanie King <meking@atllp.com>; Richard L. Brophy <RBrophy@atllp.com>; Kyle G. Gottuso <KGottuso@atllp.com>; Maggie Szewczyk <MSzewczyk@atllp.com>; 'Moskin, Jonathan E.' <JMoskin@foley.com>; 'Lopes, Roma' <rlopes@foley.com>; Jennifer Carpenter <JCarpenter@Atllp.com>
**Subject:** RE: 1:21-cv-01901-DDD-MEH After II Movie, LLC et al v. WideOpenWest Finance, LLC, [IWOV-IDOCS.FID5145611]

Kerry,

Here are deposition dates:

4

- 30(b)(6) (Kelly Arnold)   April 17
- Stephen Swanson          April 18
- Teri Blackstock          April 30
- Andy Stephenson          May 1

We expect to have Traci Hart's availability shortly.

Please confirm the dates so we can lock them in with the witnesses, and let us know if you intend to take any of the depositions in person.

Thanks,

Zach



Armstrong Teasdale LLP
**Zachary C. Howenstine**
DIRECT: 314.342.4169 | FAX: 314.613.8588 | MAIN OFFICE: 314.621.5070

---

**From:** kculpepper culpepperip.com <kculpepper@culpepperip.com>
**Sent:** Wednesday, March 6, 2024 3:25 PM
**To:** Angela B. Kennedy <akennedy@atllp.com>
**Cc:** Zachary C. Howenstine <ZHowenstine@atllp.com>; Kathryn E. Ford <kford@atllp.com>; Melanie King <meking@atllp.com>; Richard L. Brophy <RBrophy@atllp.com>; Kyle G. Gottuso <KGottuso@atllp.com>; Maggie Szewczyk <MSzewczyk@atllp.com>; 'Moskin, Jonathan E.' <JMoskin@foley.com>; 'Lopes, Roma' <rlopes@foley.com>; Jennifer Carpenter <JCarpenter@Atllp.com>
**Subject:** RE: 1:21-cv-01901-DDD-MEH After II Movie, LLC et al v. WideOpenWest Finance, LLC, [IWOV-IDOCS.FID5145611]

Angela,

We will need full day for each deposition.

5

Whether we do in person or remotely depends on when they are available.  Are any of them available the second half of this month?

KSC

**From:** Angela B. Kennedy <akennedy@atllp.com>
**Sent:** Wednesday, March 6, 2024 10:22 AM
**To:** kculpepper culpepperip.com <kculpepper@culpepperip.com>
**Cc:** Zachary C. Howenstine <ZHowenstine@atllp.com>; Kathryn E. Ford <kford@atllp.com>; Melanie King <meking@atllp.com>; Richard L. Brophy <RBrophy@atllp.com>; Kyle G. Gottuso <KGottuso@atllp.com>; Maggie Szewczyk <MSzewczyk@atllp.com>; 'Moskin, Jonathan E.' <JMoskin@foley.com>; 'Lopes, Roma' <rlopes@foley.com>; Jennifer Carpenter <JCarpenter@Atllp.com>
**Subject:** RE: 1:21-cv-01901-DDD-MEH After II Movie, LLC et al v. WideOpenWest Finance, LLC, [IWOV-IDOCS.FID5145611]

Kerry,

We have reached out to the individuals you identified and are in the process of getting potential dates. We will accept service for all of them.

Do you intend to conduct any of these depositions in person, and if so, which ones? Can you also advise whether you will need full days for each deposition?

Thank you,

Angela



Armstrong Teasdale LLP
**Angela B. Kennedy** | Partner
DIRECT: 314.259.4705 | Extension: 7405

**From:** kculpepper culpepperip.com <kculpepper@culpepperip.com>
**Sent:** Friday, March 1, 2024 9:41 PM
**To:** Angela B. Kennedy <akennedy@atllp.com>
**Cc:** Zachary C. Howenstine <ZHowenstine@atllp.com>; Kathryn E. Ford <kford@atllp.com>; Melanie King <meking@atllp.com>; Richard L. Brophy <RBrophy@atllp.com>; Kyle G. Gottuso <KGottuso@atllp.com>; Maggie Szewczyk <MSzewczyk@atllp.com>; 'Moskin, Jonathan E.' <JMoskin@foley.com>; 'Lopes, Roma' <rlopes@foley.com>; Jennifer Carpenter <JCarpenter@Atllp.com>
**Subject:** RE: 1:21-cv-01901-DDD-MEH After II Movie, LLC et al v. WideOpenWest Finance, LLC,

**CAUTION:** EXTERNAL EMAIL

Angela/Zachary,

Plaintiffs intend to notice depositions of the following WOW employees:

a. Traci Hart

b. Stephen Swanson

c. Teri Blackstock

d. Andy Stephenson

We also wish to do the 30b6 deposition. Kelly Arnold is the appropriate person correct?

For a, b and c you stated in initial disclosures to contact them through you, so I assume you accept service on their behalf. Do you accept service of Mr. Stephenson also?

Finally let me know the time frames they will be free so I can notice the day.

Regards,

Kerry

--

Kerry S. Culpepper, Esq.

Culpepper IP, LLLC

75-170 Hualalai Road

Suite B204

Kailua-Kona, Hawaii 96740

Tel 1-808-464-4047

*******************************************************************

This message is intended only for the use of the entity to which it is addressed and may contain confidential and privileged information.

If the reader of this message is not the intended recipient, kindly delete this message and notify the sender.

*******************************************************************



********** PRIVATE AND CONFIDENTIAL**********

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our Global Privacy Policy to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our International Legal Notices.



********** PRIVATE AND CONFIDENTIAL**********

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our Global Privacy Policy to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our International Legal Notices.

********** PRIVATE AND CONFIDENTIAL**********

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our Global Privacy Policy to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our International Legal Notices.

********** PRIVATE AND CONFIDENTIAL**********

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our Global Privacy Policy to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our International Legal Notices.