IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01901-DDD-CYC

AFTER II MOVIE, LLC, et al.,

    Plaintiffs,

v.

WIDEOPENWEST FINANCE, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Cyrus Y. Chung, United States Magistrate Judge, on April 21, 2025.**

    Before the Court are two motions submitted by the defendant (the "Motions"). ECF Nos. 291, 301. Both Motions seek to restrict Public Access to Confidential Documents.

    For good cause shown, IT IS HEREBY ORDERED that the Motions, ECF Nos. 291, 301, are **GRANTED**.

    IT IS ORDERED that the Clerk maintain Exhibit A within ECF No. 284 (ECF No. 284-1), at Restriction Level 1 pursuant to D.C.COLO.L.CivR 7.2, limiting access thereto to the parties and the Court.

    IT IS FURTHER ORDERED that the Clerk maintain the plaintiffs' Opposition to Defendant's Motion to Restrict Public Access to Unredacted Documents, ECF No. 286, at Restriction Level 1 pursuant to D.C.COLO.L.CivR 7.2, limiting access thereto to the parties and the Court.